# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
### SOUTHERN DISTRICT OF MISSISSIPPI

March 20, 2003

J T Noblin
CLERK

245 E Capitol St , Suite 316
Jackson, MS 39201

TELEPHONE
(601) 965-4439

*DIVISIONS*
SOUTHERN at Biloxi
P O Box 369, Zip 39533

HATTIESBURG at Hattiesburg
701 Main St , Room 200, Zip 39401

JACKSON at Jackson
245 E Capitol, Suite 416
Zip 39201

EASTERN & WESTERN at Jackson

245 E Capitol, Suite 416
Zip 39201

**MAIL**

**MAR 2 4 2003**

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY

CO3-598

Mr Bruce Rifkin, Clerk
United States District Court
Western District of Washington
U S Courthouse - Suite 215
Seattle, Washington 98104

Re:    MDL - 1407 In re  Phenylpropanolamine (PPA) Products Liability Litigation
       Tobais v American Home Prod. CV03-598
       Bullock v Bayer Corp CV03-599

Dear Mr Rifkin:

Pursuant to order of the Judicial Panel on Multidistrict Litigation, filed with your Court on March 6, 2003, the U. S. District Court, Southern District of Mississippi, is transferring the captioned cases to your court  At your request, enclosed are certified docket entries and the entire case files in each of these actions.

By copy of this letter, we are providing counsel of record a copy of the panel order directing this action.

Please let us know if this office can be of any further assistance in this regard

Yours very truly,

J T. NOBLIN, CLERK

By:
L. Terry, Deputy Clerk

Enc.
cc.    Counsel of Record

CV 03-598 #4

```
                                                     TERMED  JRYDMD
                    U S. District Court
       U S  District Court -- Western Washington (Seattle)

           CIVIL DOCKET FOR CASE #: 03-CV-598

Bullock, et al v. Bayer Corporation, et al          Filed: 03/24/03
Assigned to  Judge Barbara J. Rothstein     Jury demand  Both
Demand  $0,000                              Nature of Suit:  365
Lead Docket: None                           Jurisdiction  Diversity
Dkt # in S Dist of MS    is 02-CV-1825

Cause: 28·1332 Diversity-Product Liability
```

```
MAMIE BULLOCK                    Ronnie Glynn Penton
     plaintiff                   504-732-5651
                                 [COR LD NTC]
                                 Todd Brentley Ott
                                 985-732-5651
                                 [COR LD NTC]
                                 209 HOPPEN PLACE
                                 BOGALUSA, LA 70427
                                 504-732-5651

                                 Nancy Guy Armstrong
                                 601-684-8816
                                 [COR LD NTC]
                                 PO BOX 1343
                                 MCCOMB, MS 39648
                                 601-684-8816


MARY SMITH                       Ronnie Glynn Penton
     plaintiff                   (See above)
                                 [COR LD NTC]
                                 Todd Brentley Ott
                                 (See above)
                                 [COR LD NTC]

                                 Nancy Guy Armstrong
                                 (See above)
                                 [COR LD NTC]


WILLARD GREEN                    Ronnie Glynn Penton
     plaintiff                   (See above)
                                 [COR LD NTC]
                                 Todd Brentley Ott
                                 (See above)
                                 [COR LD NTC]

                                 Nancy Guy Armstrong
                                 (See above)
```

```
Docket as of June 18, 2003 12:59 pm                Page 1
```

Proceedings include all events.                                    TERMED
2 03cv598 Bullock, et al v. Bayer Corporation, et al
                                                                    JRYDMD
                              [COR LD NTC]


HAROLD THOMAS                     Ronnie Glynn Penton
     plaintiff                   (See above)
                                 [COR LD NTC]
                                 Todd Brentley Ott
                                 (See above)
                                 [COR LD NTC]

                                 Nancy Guy Armstrong
                                 (See above)
                                 [COR LD NTC]


SYLVIA EVANS                     Ronnie Glynn Penton
     plaintiff                   (See above)
                                 [COR LD NTC]
                                 Todd Brentley Ott
                                 (See above)
                                 [COR LD NTC]

                                 Nancy Guy Armstrong
                                 (See above)
                                 [COR LD NTC]


DORIS BONDS                      Ronnie Glynn Penton
     plaintiff                   (See above)
                                 [COR LD NTC]
                                 Todd Brentley Ott
                                 (See above)
                                 [COR LD NTC]

                                 Nancy Guy Armstrong
                                 (See above)
                                 [COR LD NTC]


WILLIAM GRIFFITH                 Ronnie Glynn Penton
     plaintiff                   (See above)
                                 [COR LD NTC]
                                 Todd Brentley Ott
                                 (See above)
                                 [COR LD NTC]

                                 Nancy Guy Armstrong
                                 (See above)
                                 [COR LD NTC]


     v


Docket as of June 18, 2003 12:59 pm                    Page 2

Proceedings include all events                          TERMED
2:03cv598 Bullock, et al v  Bayer Corporation, et al
                                                             JRYDMD

BAYER CORPORATION                    Frank A Wood, Jr
        defendant                    FTS FAX
                                     FAX 1-601-354-3623
                                     [COR LD NTC]
                                     Jimmy B Wilkins
                                     FTS FAX
                                     FAX 1-601-354-3623
                                     [COR LD NTC]
                                     Doug J Gunn
                                     601-948-6470
                                     [COR LD NTC]
                                     C Joyce Hall
                                     [COR LD NTC]
                                     WATKINS & EAGER
                                     PO BOX 650
                                     JACKSON, MS 39205-0650
                                     601-948-6470


AMERICAN HOME PRODUCTS CORP          Christy D Jones
        defendant                    FTS FAX
                                     FAX 1-601-985-4500
                                     [COR LD NTC]
                                     Donna Brown Jacobs
                                     601-948-5711
                                     [COR LD NTC]
                                     Charles F Morrow
                                     601-948-5711
                                     [COR LD NTC]
                                     Brooks Buchanan
                                     601-948-5711
                                     [COR LD NTC]
                                     BUTLER SNOW O'MARA STEVENS &
                                     CANNADA
                                     PO BOX 22567
                                     JACKSON, MS 39225-2567
                                     601-948-5711


WHITEHALL-ROBINS HEALTHCARE          Christy D Jones
        defendant                    (See above)
                                     [COR LD NTC]
                                     Donna Brown Jacobs
                                     (See above)
                                     [COR LD NTC]
                                     Charles F Morrow
                                     (See above)
                                     [COR LD NTC]
                                     Brooks Buchanan
                                     (See above)
                                     [COR LD NTC]


NOVARTIS PHARMACEUTIS

Docket as of June 18, 2003 12:59 pm                Page 3

Proceedings include all events.                                                    TERMED
2 03cv598 Bullock, et al v. Bayer Corporation, et al
                                                                                   JRYDMD

CORPORATION
      defendant


NOVARTIS CONSUMER HEALTH INC
      defendant


CHATTEM INC                          Richard O Burson
      defendant                      [COR LD NTC]
                                     Ryan J Mitchell
                                     601-649-5399
                                     [COR LD NTC]
                                     FERRIS BURSON & ENTREKIN
                                     PO BOX 1289
                                     LAUREL, MS 39441-1289
                                     601-649-5399


SCHERING-PLOUGH CORP
      defendant


CIBA CONSUMER PHARMACEUTICALS
      defendant


SANDOZ CONSUMER HEALTH
      defendant

Proceedings include all events.                                          TERMED
2:03cv598 Bullock, et al v  Bayer Corporation, et al
                                                                          JRYDMD

3/24/03   4      TRANSMITTAL OF DOCUMENTS from the Southern District of
                 Mississippi (Jackson) per MDL Order (CTO-26) effective
                 2/28/03 re  MDL 1407 (PPA)    S Dist of MS civil case no
                 02-CV-1825  (pm) [Entry date 04/30/03]

3/24/03   --     ENT- The Clerk will maintain a master docket and case file
                 under the style PPA cases:  all orders, pleadings, motions,
                 and other documents will, when filed and docketed in the
                 master case file, be deemed filed and docketed in each
                 individual case to the extent possible. (tg)
                 [Entry date 05/09/03]

4/11/03   6      ANSWER to by defendant Bayer Corporation (vb)
                 [Entry date 05/14/03]

4/14/03   7      ANSWER to by defendant Chattem Inc (vb)
                 [Entry date 05/14/03]

4/21/03   5      ANSWER to by defendant American Home Prod, defendant
                 Whitehall-Robins, jury demand (vb) [Entry date 04/30/03]

```
                                              JCS      JURY
                                              CLOSED
                  U.S. District Court
         Southern District of Mississippi (Jackson)

         CIVIL DOCKET FOR CASE #: 02-CV-1825
```

Bullock, et al v. Bayer Corporation, et al                    Filed: 12/27/02
Assigned to: Judge Henry T. Wingate          Jury demand: Plaintiff
Demand: $75,000                              Nature of Suit:  365
Lead Docket: None                            Jurisdiction: Diversity
Dkt# in other court· None

Cause: 28.1332 Diversity-Personal Injury


MAMIE BULLOCK                    Ronnie Glynn Penton
     plaintiff                   [COR]
                                 Todd Brentley Ott
                                 [COR]
                                 RONNIE GLYNN PENTON, ATTORNEY
                                 209 Hoppen Place
                                 Bogalusa, LA 70427
                                 985/732-5651

                                 Nancy Guy Armstrong
                                 [COR LD NTC]
                                 NANCY GUY ARMSTRONG, ATTORNEY
                                 P.O. Box 1343
                                 McComb, MS 39648
                                 601/684-8816


MARY SMITH                       Ronnie Glynn Penton
     plaintiff                   (See above)
                                 [COR]
                                 Todd Brentley Ott
                                 (See above)
                                 [COR]

                                 Nancy Guy Armstrong
                                 (See above)
                                 [COR LD NTC]


WILLARD GREEN                    Ronnie Glynn Penton
     plaintiff                   (See above)
                                 [COR]
                                 Todd Brentley Ott
                                 (See above)
                                 [COR]

                                 Nancy Guy Armstrong
                                 (See above)
```

Docket as of March 20, 2003 10:10 am                    Page 1

Proceedings include all events.
3:02cv1825 Bullock, et al v. Bayer Corporation, et al

JCS    JURY
CLOSED

[COR LD NTC]

HAROLD THOMAS
    plaintiff

Ronnie Glynn Penton
(See above)
[COR]
Todd Brentley Ott
(See above)
[COR]

Nancy Guy Armstrong
(See above)
[COR LD NTC]

SYLVIA EVANS
    plaintiff

Ronnie Glynn Penton
(See above)
[COR]
Todd Brentley Ott
(See above)
[COR]

Nancy Guy Armstrong
(See above)
[COR LD NTC]

DORIS BONDS
    plaintiff

Ronnie Glynn Penton
(See above)
[COR]
Todd Brentley Ott
(See above)
[COR]

Nancy Guy Armstrong
(See above)
[COR LD NTC]

WILLIAM GRIFFITH
    plaintiff

Ronnie Glynn Penton
(See above)
[COR]
Todd Brentley Ott
(See above)
[COR]

Nancy Guy Armstrong
(See above)
[COR LD NTC]

   v.

Proceedings include all events.                                      JCS      JURY
3·02cv1825 Bullock, et al v. Bayer Corporation, et al               CLOSED

BAYER CORPORATION
      defendant


AMERICAN HOME PRODUCTS
CORPORATION
      defendant


WHITEHALL-ROBINS HEALTHCARE
      defendant


NOVARTIS PHARMACEUTICALS
CORPORATION
      defendant


NOVARTIS CONSUMER HEALTH, INC.
      defendant


CHATTEM, INC.
      defendant


SCHERING-PLOUGH CORPORATION
      defendant


CIBA CONSUMER PHARMACEUTICALS
      defendant


SANDOZ CONSUMER HEALTH
      defendant


-------------------------

Proceedings include all events.                                    JCS      JURY
3:02cv1825 Bullock, et al v. Bayer Corporation, et al            CLOSED

12/27/02 1       COMPLAINT  Filing Fee $ 150.00 Receipt # J053771; jury
                 demand. (cwl) [Entry date 12/31/02]

12/27/02 --      Magistrate Judge Assignment Alfred G. Nicols, Jr  (cwl)
                 [Entry date 12/31/02]

12/27/02 --      Case assigned to Pending Track - designation of appropriate
                 track will be made after Case Management Conference and a
                 final track assignment. (cwl) [Entry date 12/31/02]

12/31/02 --      Letter mailed to Clerk,Judicial Panel on MDL, with copy of
                 docket entries and complaint. (Copy to counsel) (cwl)
                 [Entry date 12/31/02]

1/7/03    2      ORDER OF RECUSAL   ( signed by Judge William H. Barbour Jr
                 ) reassigned to Judge Henry T. Wingate ; copies mailed. (lbt)
                 [Entry date 01/08/03]

1/7/03    --     CASE reassigned  to Judge Henry T. Wingate (lbt)
                 [Entry date 01/08/03]

1/7/03    --     Magistrate Judge Assignment  James C. Sumner (lbt)
                 [Entry date 01/08/03]

3/12/03   --     Copy of Conditional Transfer Order transferring to W/D of
                 Washington  (lbt) [Entry date 03/12/03]

3/17/03   3      CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER, Transferring
                 Case to W/D of Washington; cause no. cv03-0599, (), copies
                 mailed  (lbt) [Entry date 03/20/03]

3/17/03   --      Case closed (lbt) [Entry date 03/20/03]

3/19/03   --     Letter from Mr. Noblin to Armstrong & Guy Law Office LLC
                 RE: Mailed correspondence to wrong address (Summons)
                 summons marked rec'd and filed as of 3/4/03 and issued
                 3/19/03. See Letter in file. (lbt) [Entry date 03/20/03]

3/19/03   --     SUMMONS(ES) issued for defendant Bayer Corporation,
                 defendant American Home, defendant Novartis, defendant
                 Chattem, Inc., defendant Schering-Plough, defendant CIBA
                 Consumer, defendant Sandoz Consumer (lbt)
                 [Entry date 03/20/03]

3/20/03   --     Entire case file and certified docket entries forwarded to
                 USDC, Western District of Washington. (lbt)
                 [Entry date 03/20/03]

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| CHAIRMAN | MEMBERS | | DIRECT REPLY TO |
|---|---|---|---|
| Judge Wm Terrell Hodges United States District Court Middle District of Florida | Judge John F Keenan United States District Court Southern District of New York | Judge D Lowell Jensen United States District Court Northern District of California | Michael J Beck Clerk of the Panel One Columbus Circle, NE Thurgood Marshall Federal Judiciary Building Room G-255, North Lobby Washington, D C 20002 |
| | Judge Bruce M Selya United States Court of Appeals First Circuit | Judge J Frederick Motz United States District Court District of Maryland | |
| | Judge Julia Smith Gibbons United States Court of Appeals Sixth Circuit | Judge Robert L Miller, Jr United States District Court Northern District of Indiana | Telephone [202] 502-2800 Fax [202] 502-2888 |

http //www jpml uscourts gov

FILED
LODGED
RECEIVED

MAIL

February 28, 2003

MAR 0 6 2003

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

Bruce Rifkin, Clerk
215 William Kenzo Nakamura
 U S Courthouse
1010 Fifth Avenue
Seattle, WA 98104-1130

Re MDL-1407 -- In re Phenylpropanolamine (PPA) Products Liability Litigation

(See Attached Schedule CTO-26)

Dear Mr Rifkin

I am enclosing one certified copy and additional copies of a conditional transfer order filed by the Panel in the actions listed on the attached schedule on February 12, 2003  The Panel's governing statute, 28 U S C §1407, requires that the transferee clerk "  transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred "  As stipulated in Rule 7 4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F R D 425, 435 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so  The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing

A list of involved counsel is attached

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office
ATTEST BRUCE RIFKIN
Clerk, U S. District Court
Western District of Washington

By _____
                Deputy Clerk

Very truly,

Michael J Beck
Clerk of the Panel

By _____
                Deputy Clerk

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

Attachments

cc    Transferee Judge       Judge Barbara Jacobs Rothstein
      Transferor Judges      (See Attached List of Judges)
      Transferor Clerks      (See Attached List of Clerks)

JPML Form 38

3

**A CERTIFIED TRUE COPY**

FEB 28 2003

ATTEST

FOR THE JUDICIAL PANEL OF
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 1 2 2003

FILED
CLERK'S OFFICE

**DOCKET NO. 1407**

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-26)

On August 28, 2001, the Panel transferred eight civil actions to the United States District Court for the Western District of Washington for coordinated or consolidated pretrial proceedings pursuant to 28 U S C. § 1407  Since that time, 735 additional actions have been transferred to the Western District of Washington  With the consent of that court, all such actions have been assigned to the Honorable Barbara Jacobs Rothstein

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Western District of Washington and assigned to Judge Rothstein

Pursuant to Rule 7 4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F R D. 425, 435-36 (2001), these actions are transferred under 28 U S.C. § 1407 to the Western District of Washington for the reasons stated in the order of August 28, 2001, 173 F Supp 2d 1377 (J P M L  2001), and, with the consent of that court, assigned to the Honorable Barbara Jacobs Rothstein

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Washington  The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel

FOR THE PANEL

*Michael J. Beck*

Michael J  Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB 2 8 2003

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that the
annexed instrument is a true
and correct copy of the original
on file in my office
ATTEST· BRUCE RIFKIN
Clerk, U S  District Court
Western District of Washington

BY _____
Deputy Clerk



## SCHEDULE CTO-26 - TAG ALONG CASES
## DOCKET NO. 1407
## IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

DISTRICT  DIV  CIVIL ACTION#

**ALABAMA NORTHERN**
ALN    2    02-3022    Tagan Brooke Curtis, etc  v  GlaxoSmithKline

**ALABAMA SOUTHERN**
ALS    1    02-919    Deborah Lorene Cantin v  Pfizer, Inc , et al
ALS    1    02-961    Richard A  Ginwright v. Bayer Corp., et al.

**ARKANSAS EASTERN**
ARE    4    02-782    Joe C. Finnell, et al. v  Bayer Corp., et al
ARE    4    02-790    Lori Rouse v. Chattem, Inc
ARE    4    03-4    Eddie Cleary, et al. v  Bayer Corp., et al
ARE    5    02-480    Marilyn Schaal, et al  v  Chattem, Inc

**ARKANSAS WESTERN**
ARW    6    02-6229    Toni Grier, et al  v  GlaxoSmithKline, et al

**GEORGIA NORTHERN**
GAN    1    02-3289    Margaret Barnett v  Smithkline Beecham Corp , et al

**ILLINOIS SOUTHERN**
ILS    3    02-1256    Kevin Graw v  Bristol-Myers Squibb Co , et al  Opposed
ILS    3    02-1259    Betty Andrews v  Wyeth Consumer Healthcare, Ltd , et al  Opposed 2/28/03
ILS    3    02-1260    Barbara Ward v  Wyeth Consumer Healthcare, Ltd , et al  Opposed 2/28/03
ILS    3    02-1261    Vineil Jones v  Bayer Corp , et al.  Opposed 2/28/03
ILS    3    02-1262    Loretta Rorie v  Bayer Corp , et al  Opposed 2/28/03
ILS    3    02-1264    Evan Keller v  Wyeth, Inc , et al  Vacated 2/14/03
ILS    3    02-1265    Robert McNeil v  Wyeth, Inc , et al  Opposed 2/28/03
ILS    3    02-1266    Venetta Johnson v  Bayer Corp , et al  Opposed 2/28/03
ILS    3    02-1272    Louis Siciliano v  Wyeth, Inc , et al  Opposed 2/28/03
ILS    3    02-1273    Celeste James v. Wyeth Consumer Healthcare, Ltd., et al  Vacated 2/25/03
ILS    3    02-1274    Cindy Berisford v  Wyeth Consumer Healthcare, Ltd , et al  Opposed 2/28/03
ILS    3    02-1282    Alva Franklin v  Chattem, Inc., et al.  Opposed 2/28/03
ILS    3    02-1284    Christina Neu v  Chattem, Inc., et al.  Opposed 2/28/03
ILS    3    02-1285    Judith De Lisle v  Chattem, Inc , et al  Opposed 2/28/03
ILS    3    02-1286    David Brown v  SmithKline Beecham Corp , et al  Opposed 2/28/03

**LOUISIANA MIDDLE**
LAM    3    03-2    Susie Dore v  Celltech Pharmaceuticals, Inc.

**LOUISIANA WESTERN**
LAW    5    02-2562    Viola Edwards v  Bayer Corp , et al
LAW    5    02-2669    Linda Van Greene v  GlaxoSmithKline, et al

**MICHIGAN EASTERN**
MIE    2    02-75100    Laura M  Bonucchi v  Welpharm, Inc., et al  Opposed 2/27/03

**DISTRICT  DIV  CIVIL ACTION#**

**MISSISSIPPI SOUTHERN**

| | | | |
|---|---|---|---|
| MSS | 1 | 03-4 | Aleatha Bethancourt v. Bayer Corp |
| MSS | 1 | 03-5 | Linda Dewoody v Chattem, Inc. |
| MSS | 3 | 02-1820 | Elizabeth Tobias, et al v. American Home Products, et al |
| MSS | 3 | 02-1825 | Mamie Bullock, et al v Bayer Corp , et al. |
| MSS | 3 | 02-1831 | Eula Coleman, et al v. Bayer Corp , et al |
| MSS | 4 | 02-529 | Teresa Weathersby, etc v American Home Products Corp , et al |
| MSS | 5 | 02-686 | Virginia Robbs, et al v. Bayer Corp., et al |
| MSS | 5 | 02-688 | Alonzo Sturgeon v. Bayer Corp |
| MSS | 5 | 02-692 | Cleota Green, et al v Bayer Corp , et al. |
| MSS | 5 | 02-693 | Harry L Anderson, et al v. Chattem, Inc , et al. |

**NEW JERSEY**

| | | | |
|---|---|---|---|
| NJ | 2 | 02-5139 | Janette Kimbrough v Novartis Consumer Health, Inc |
| NJ | 2 | 02-5143 | Debbie Roberson v Novartis Consumer Health, Inc , et al. |
| NJ | 2 | 02-5274 | Deborah Culbertson Williams v. Sidmak Laboratories, Inc , et al |
| NJ | 2 | 02-6033 | Anna Ochoa v The Delaco Co , et al. |
| NJ | 2 | 02-6034 | Tammy Compton v Sidmak Laboratories, Inc , et al |
| NJ | 2 | 02-6035 | Sheila Marie McColley v. The Delaco Co., et al |
| NJ | 2 | 02-6036 | Gary Gene Roe v Sidmak Laboratories, Inc , et al |
| NJ | 2 | 02-6037 | Tanella McCoy v Sidmak Laboratories, Inc., et al. |
| NJ | 2 | 02-6038 | Joyce Hrynyk v The Delaco Co., et al |
| NJ | 2 | 02-6039 | Lisa A. Blaylock v Sidmak Laboratories, Inc , et al |
| NJ | 2 | 02-6040 | Judy Wray v Sidmak Laboratories, Inc , et al |
| NJ | 2 | 02-6041 | Sandra Caton v Sidmak Laboratories, Inc , et al. |
| NJ | 2 | 02-6082 | Sandra Hartsock v Bayer Corp , et al |
| NJ | 2 | 02-6083 | Joanne Kitch v. Smithkline Becham Corp. |
| NJ | 2 | 02-6084 | Jennifer Novick v Smithkline Beecham Corp |
| NJ | 2 | 02-6106 | Barbara Leamon v Bayer Corp |

**PENNSYLVANIA EASTERN**

| | | | |
|---|---|---|---|
| ~~PAE~~ | ~~2~~ | ~~02-9143~~ | ~~Eileen D Klotz, et al v The Delaco Co~~ Vacated 2/28/03 |

**TEXAS EASTERN**

| | | | |
|---|---|---|---|
| TXE | 1 | 02-796 | Richard Stephenson v Kroger Texas, L P., et al |
| TXE | 1 | 02-838 | Robert Sirley v Kroger Texas, L P., et al |

**TEXAS NORTHERN**

| | | | |
|---|---|---|---|
| ~~TXN~~ | ~~3~~ | ~~02-2704~~ | ~~Billie Hall, et al. v Chattem, Inc., et al~~ Opposed 2/28/03 |
| TXN | 3 | 03-12 | Angelina Pitts v. Novartis Consumer Health, Inc., et al |
| TXN | 4 | 02-1041 | Teri Jean Peterson, et al. v Chattem, Inc , et al |
| TXN | 5 | 02-286 | Cynthia Bernosky, etc v United Pharmacy, Inc , et al |

**TEXAS SOUTHERN**

| | | | |
|---|---|---|---|
| TXS | 4 | 02-4543 | James Fisher v Kroger Texas, L P , et al |
| ~~TXS~~ | ~~4~~ | ~~02-4865~~ | ~~Angela Lea, et al v. Chattem, Inc , et al~~ Opposed 2/25/03 |
| ~~TXS~~ | ~~4~~ | ~~02-4867~~ | ~~Barbara Ames, et al v Chattem, Inc , et al~~ Opposed 2/25/03 |
| TXS | 4 | 02-4894 | Maurice Minnfee v Kroger Texas, L P , et al. |
| TXS | 4 | 02-4896 | Gordon Turman v Kroger Texas, L P , et al |
| TXS | 4 | 02-4897 | Earl Clark, et al v Kroger Texas, L.P , et al. |
| TXS | 4 | 02-4898 | Kametha Small v Kroger Texas, L P., et al |

**TEXAS WESTERN**

| | | | |
|---|---|---|---|
| ~~TXW~~ | ~~5~~ | ~~02-1207~~ | ~~Charles Jackson, etc v Bayer Corp , et al~~ Opposed 2/28/03 |

Case 2:03-cv-00598-BJR Document 1-4 Filed 03/24/03 Page 15 Page 60 of 3

## DISTRICT DIV CIVIL ACTION#

**WEST VIRGINIA NORTHERN**
WVN   5  02-128        Philip L Malatinsky, et al. v. Novartis, AG, et al

**WEST VIRGINIA SOUTHERN**
WVS   2  02-1480       Max Blair Price, et al  v. Bayer Corp

# INVOLVED COUNSEL LIST (CTO 26)
## DOCKET NO. 1407
## IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

Brock Cordt Akers
Phillips & Akers
3400 Phoenix Tower
3200 Southwest Freeway
Houston, TX 77027-7523

Anne Andrews
Andrews & Thornton
450 Newport Center Drive
Second Floor
Santa Ana, CA 92660

Judith Schening Apperson
Fulbright & Jaworski
Texas Commerce Bank Towers
Suite 2800
2200 Ross Ave.
Dallas, TX 75201-2784

Nancy Guy Armstrong
P.O. Box 1343
McComb, MS 39648

Earl B Austin
Baker & Botts
2001 Ross Avenue, Suite 800
Dallas, TX 75201-2980

Joseph P.H. Babington
Helmsing, Leach, Herlong, et al
Laclede Building, Suite 2000
150 Government Street
P O  Box 2767
Mobile, AL 36652-2767

Daniel E. Becnel, Jr.
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084-2095

Ryan A. Becker
Hunton & Williams
200 Park Avenue
New York, NY 10166-0136

Harry F. Bell, Jr.
Bell & Bands
P.O. Box 1723
Charleston, WV 25326-1723

Cloyd Benjamin, Jr
Piper & Associates
P O  Box 69
Shreveport, LA 71161

M. Stephen Bingham
Cross, Gunter, Witherspoon, et al.
500 President Clinton Avenue
Suite 200
P O  Box 3178
Little Rock, AR 72203-3178

Robert J. Binstock
Reich & Binstock
4265 San Felipe
Suite 1000
Houston, TX 77027-0001

Charles P. Blanchard
Chaffe, McCall, Phillips, Toler &
Sarpy
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300

Timothy D. Blue
Williams, Kastner & Gibbs
601 Union Street
Suite 4100
Seattle, WA 98101

Beth C. Boggs
Boggs, Backer, et al
7912 Bonhomme Avenue
Suite 400
St Louis, MO 63105

Philip Bohrer
Bohrer Law Firm
3388 Brentwood Drive
Baton Rouge, LA 70809

Louis A. Bove
Bodell, Bove, Grace & Van Horn
One Penn Square West, 6th Floor
30 South 15th Street
Philadelphia, PA 19102

Margaret T. Brenner
Hays, McConn, Rice & Pickering
400 Two Allen Center
1200 Smith Street
Houston, TX 77002

James Eugene Brown
P O  Box 1616
Lake Jackson, TX 77566

Robert C. Buck
Schlueter Buck & Childers
940 Center Street
Conyers, GA 30012

Lawrence R. Cohan
Anapol, Schwartz, Weiss, et al.
402 Park Boulevard
Cherry Hill, NJ 08002

John P. Cunningham
Brown & James
120 West Main Street
Suite 214
Belleville, IL 62221

William M. Cunningham, Jr.
Burns, Cunningham & Mackey
P.O. Box 1583
Mobile, AL 36633-1583

Danny L Curtis
McDowell, Rice, et al.
605 West 47th Street
Suite 350
Kansas City, MO 64112-1905

William B. Curtis
Miller & Curtis
10000 North Central Expressway
Suite 1450
Dallas, TX 75231

John Dames
Kelley, Drye & Warren, L L.P
333 West Wacker Drive
Suite 2600
Chicago, IL 60606

James E. DeFranco
Neville, Richards, et al.
5 Park Place Professional Centre
P O  Box 20070
Belleville, IL 62226-0070

Michele A. Dimartino
Miller & Associates
Two Bala Plaza
Suite 300
Bala Cynwyd, PA 19004

Lorna A. Dotro
McElroy, Deutsch & Mulvaney
P.O. Box 2075
1300 Mount Kemble Avenue
Morristown, NJ 07962

David E. Dukes
Nelson, Mullins, Riley &
Scarborough, LLP
1330 Lady Street
Keenan Bldg., 3rd Floor
P.O. Box 11070
Columbia, SC 29211

Tom Dutton
Pittman, Hooks, Dutton & Hollis
Park Place Tower
Suite 1100
2001 Park Place North
Birmingham, AL 35203

Phyllis B. Eddins
Brad Hendricks Law Firm
500 Pleasant Valley Drive
Suite C
Little Rock, AR 72227

David M Eisbrouch
Balkin & Eisbrouch
50 Main Street
Suite 6
Hackensack, NJ 07601

David P. Ellington, Sr
Brown & James, P.C.
1010 Market Street
20th Floor
St. Louis, MO 63101

Michael J. Farrell
Farrell, Farrell, Farrell, L C
P.O Box 6457
Huntington, WV 25772

Brenda F. Ford-Jones
Piper & Associates
624 Pierre Avenue
P O. Box 69
Shreveport, LA 71161

John E. Galvin
Fox Galvin, LLC
One Memorial Drive
Eighth Floor
St. Louis, MO 63102

Pamela L. Gellen
Lowis & Gellen
200 West Adams Street
Suite 1900
Chicago, IL 60606

Leah Marie Gerbitz
Miller & Martin
Volunteer Building
832 Georgia Avenue
Suite 1000
Chattanooga, TN 37402-2289

James W. Gewin
Bradley Arant Rose & White, LLP
One Federal Place
1819 Fifth Avenue North
P.O. Box 830709
Birmingham, AL 35283-0709

John E. Goodman
Bradley Arant Rose & White, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-0709

David C. Greenstone
Waters & Kraus
3219 McKinney
Suite 3000
Dallas, TX 75204

J Philip Griffis
Hays, McConn, Rice & Pickering
400 Two Allen Center
1200 Smith Street
Houston, TX 77002

Frank N. Gundlach
Armstrong Teasdale, LLP
One Metropolitan Square
211 N. Broadway, Suite 2600
St. Louis, MO 63102-2740

William S. Guy
Law Offices of William S Guy
909 Delaware Avenue
P.O Box 509
McComb, MS 39649-0509

Keith D. Henson
Paule, Camazine & Blumenthal
165 North Meramec Avenue
6th Floor
St Louis, MO 63105

Barry M. Hill
Hill, Toriseva & Williams
89 12th Street
Wheeling, WV 26003

Douglas A. Hofmann
Williams, Kastner & Gibbs
P O Box 21926
Seattle, WA 98111

Joseph Hurson
Lane, Powell, Spears & Lubersky
1420 5th Avenue
Suite 4100
Seattle, WA 98101

James B. Irwin
Irwin, Fritchie, Urquhart & Moore
400 Poydras Street
Suite 2700
New Orleans, LA 70130

Brynley James, III
Fulbright & Jaworski
300 Convent Street
Suite 2200
San Antonio, TX 78205

Brian P. Johnson
Johnson, Spalding, Doyle, West &
Trent
Bank One Center
910 Travis
Suite 1700
Houston, TX 77002

Gregg N. Johnson
Brown & Crouppen
720 Olive Street
Suite 1800
St. Louis, MO 63101-2302

Charles Joley
Donovan, Rose, Nester & Joley
8 East Washington Street
Belleville, IL 62220

J. Mark Jones
Nelson Mullins Riley &
Scarborough
1330 Lady Street
Third Floor
Columbia, SC 29201

M. Samuel Jones, III
Wright, Lindsey & Jennings, L.L.P
Suite 2200
200 West Capitol Avenue
Little Rock, AR 72201-3699

Richard L. Josephson
Baker & Botts
One Shell Plaza
910 Louisana Street
Suite 3000
Houston, TX 77002-9934

Peter A. Kraus
Waters & Kraus
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Kathleen A. Lang
Dickinson & Wright, PLLC
500 Woodward Avenue, Ste. 4000
Detroit, MI 48226-3425

Lori B. Leskin
Kaye Scholer, LLP
425 Park Avenue
12th Floor
New York, NY 10022-3598

Nancy June Locke
Fulbright & Jaworski
1301 McKinney Street
Suite 5100
Houston, TX 77010-3095

Lisa A. Louck
Hays, McConn, Rice & Pickering
400 Two Allen Center
1200 Smith Street
Houston, TX 77002

Scott William MacLaren
Gwinn & Roby
Renaissance Tower
1201 Elm Street
Suite 4100
Dallas, TX 75270

Joel Mafrige
Vinson & Elkins
1001 Fannin Street
2300 First City Tower
Houston, TX 77002-6760

J. Phillip Malcom
Friday, Eldredge & Clark
2000 First Commercial Building
400 West Capitol Avenue
Little Rock, AR 72201-3493

David P Matthews
Abraham, Watkins, Nichols, et al
800 Commerce Street
Houston, TX 77002-1776

John F. McKay
McKay Law Firm
7465 Exchange Place
Baton Rouge, LA 70806-2203

Gordon J. McKernan
McKernan Law Firm
8710 Jefferson Highway
Baton Rouge, LA 70809

Menley & James Labs
100 Tournament Drive
#210
Horsham, PA 19044

Denise Arenth Miller
Miller & Martin
1275 Peachtree Street, NE
Suite 700
Atlanta, GA 30309-3576

Matthew J. Nielsen
Sedgwick Detert Moran & Arnold
209 South LaSalle Street
Seventh Floor
Chicago, IL 60604

Todd Brentley Ott
Law Offices of Ronnie G. Penton
209 Hoppen Place
Bogalusa, LA 70427

Lance Eugene Palmer
Levinson, Friedman, Vhugen,
Duggan, et al
720 3rd Avenue
Suite 1800
Seattle, WA 98101

Michelle A Parfitt
Ashcraft & Gerel
2000 L Street, NW
Suite 400
Washington, DC 20036

Ronnie G. Penton
Law Offices of Ronnie G Penton
209 Hoppen Place
Bogalusa, LA 70427

Charles F Preuss
Drinker Biddle & Reath
225 Bush Street
15th Floor
San Francisco, CA 94104

Steven W. Quattlebaum
Quattlebaum, Grooms, Tull &
Burrow
111 Center Street
Suite 1900
Little Rock, AR 72201

Beth S. Rose
Sills, Cummis, Radin, et al.
The Legal Center
One Riverfront Plaza
Newark, NJ 07102

Joseph J. Saltarelli
Hunton & Williams
200 Park Avenue
43rd Floor
New York City, NY 10166-0136

Robert M. Schick
Vinson & Elkins
2300 First City Tower
1001 Fannin
Houston, TX 77002-6760

Susan M. Sharko
Drinker, Biddle & Shanley, L L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

Randolph S Sherman
Kaye Scholer, LLP
425 Park Avenue
12th Floor
New York, NY 10022

James M Simpson, Jr
Friday, Eldredge & Clark
First Commercial Bldg
400 West Capitol Ave
Suite 2000
Little Rock, AR 72201

Edward S. Sledge, III
McDowell, Knight, Roedder &
Sledge, L.L C.
P O. Box 350
Mobile, AL 36601

Ann M. Smith
Johnson & Bell
55 East Monroe Street
Suite 4100
Chicago, IL 60603

Franklin P. Solomon
Weitz & Luxenberg
51 Haddonfield Road
Suite 160
Cherry Hill, NJ 08002

Daniel J. Stephenson
Dykema Gossett, PLLC
315 East Eisenhouwer Parkway
Suite 100
Ann Arbor, MI 48104

David P. Stone
Hartline, Dacus, Dreyer & Kern
6688 North Central Expressway
Suite 1000
Dallas, TX 75206-2980

G. Alan Wooten
Warner, Smith & Harris, PLC
214 North Sixth Street
P.O. Box 1626
Fort Smith, AR 72902-1626

Terry O. Tottenham
Fulbright & Jaworski, LLP
600 Congress Avenue
Suite 2400
Austin, TX 78701-2011

C. Crews Townsend
Miller & Martin
Volunteer Building, Suite 1000
832 Georgia Avenue
Chattanooga, TN 37402

Sean P. Tracey
Clark, Depew & Tracey, Ltd., LLP
440 Louisiana
Suite 1600
Houston, TX 77002

Robert A. Tyler
Sommers, Schwartz, Silver &
Schwartz
2000 Town Center
Suite 900
Southfield, MI 48075

United Pharmacy, Inc
c/o James E. Lester
5050 5th Street
Lubbock, TX 79412

Robert A. Valadez
Shelton & Valadez, PC
600 Navarro Street
Suite 500
San Antonio, TX 78205

Chilton D Varner
King & Spalding
191 Peachtree Street, N.E
Suite 4300
Atlanta, GA 30303-1703

Lana K. Varney
Fulbright & Jaworski, LLP
600 Congress Avenue
Suite 2400
Austin, TX 78701-3271

T. Patrick Welch
P O. Drawer 1247
McComb, MS 39649-1247

# INVOLVED JUDGES LIST (CTO 5)
## DOCKET NO. 1407
## IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

Hon. William H. Barbour, Jr.
U.S. District Judge
430 James O. Eastland U.S.
Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. William G. Bassler
U.S. District Judge
Martin Luther King, Jr. Federal
Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102-0999

Hon. Samuel F. Biery
U.S. District Judge
John H. Wood, Jr., U.S. Courthouse
655 East Durango Blvd.
San Antonio, TX 78206-1198

Hon. John W. Bissell
Chief Judge, U.S. District Court
U.S. Post Office & Courthouse
P.O. Box 999
Newark, NJ 07101-0999

Hon. David C. Bramlette
U.S. District Judge
216 Federal Building
725 Martin Luther King, Jr. Blvd
Biloxi, MS 39530

Hon. Charles R. Butler, Jr.
Chief Judge, U.S. District Court
John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3606

Hon. William E. Cassady
U.S. Magistrate Judge
U.S. District Court
306 U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602

Hon. Ronald H. Clark
U.S. District Judge
106 Federal Building
211 West Ferguson Street
Tyler, TX 75702

Hon. Robert H. Cleland
U.S. District Judge
707 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Hon. John T. Copenhaver, Jr.
U.S. District Judge
P.O. Box 2546
Charleston, WV 25329-2546

Hon. Samuel R. Cummings
U.S. District Judge
C-210 George H. Mahon
   Federal Bldg. & U.S. Courthouse
1205 Texas Avenue
Lubbock, TX 79401

Hon. Harwell G. Davis, III
U.S. Magistrate Judge
103 U.S. Post Office & Courthouse
101 Holmes Avenue, N.E.
Huntsville, AL 35801

Hon. Garnett Thomas Eisele
Senior U.S. District Judge
502 U.S. Post Office and Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Hon. A. Joe Fish
Chief Judge, U.S. District Court
15D6L Earle Cabell Federal Bldg. &
U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242

Hon. Sidney A. Fitzwater
U.S. District Judge
15A3A Earle Cabell Federal Bldg.
& U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Hon. Walter J. Gex, III
U.S. District Judge
238 Federal Building
725 Martin Luther King, Jr. Blvd.
Biloxi, MS 39530

Hon. Joseph A. Greenaway, Jr
U.S. District Judge
Martin Luther King, Jr. Federal
Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Hon. Melinda Harmon
U.S. District Judge
9114 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Katharine S. Hayden
U.S. District Judge
311 U.S. Post Office & Courthouse
P.O. Box 999
Newark, NJ 07101

Hon. Thad Heartfield
U.S. District Judge
P.O. Box 949
Beaumont, TX 77004-0949

Hon. Jimm Larry Hendren
Chief Judge, U.S. District Court
United States District Court
P.O. Box 3487
Fayetteville, AR 72702-3487

Hon. David R. Herndon
U.S. District Judge
P.O. Box 259
E. St. Louis, IL 62202-0259

Hon. David Hittner
U.S. District Judge
8509 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Kenneth M. Hoyt
U.S. District Judge
11144 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Lynn N. Hughes
U.S. District Judge
11122 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Case 2:03-cv-00598-BJR    Document 4    Filed 03/24/03    Page 21 of 60

INVOLVED JUDGES LIST (CTO-26) MDL-1407 Cont.                                    Page 2 of 2

Hon. Sim Lake
U.S. District Judge
9535 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Tom S. Lee
Chief Judge, U.S. District Court
110 James O. Eastland
 U.S. Courthouse
245 East Capital Street
Jackson, MS 39201

Hon John C. Lifland
Senior U.S. District Judge
Martin Luther King, Jr  Federal
Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Hon  William J. Martini
U.S  District Judge
Martin Luther King, Jr., Fed. Bldg
& U.S  Courthouse
Fourth Floor
50 Walnut Street
Newark, NJ 07102

Hon  Terry R  Means
U.S. District Judge
201 U S. Courthouse
501 West 10th St.
Fort Worth, TX 76102

Hon. James M  Moody
U S  District Judge
553 U.S  Courthouse
600 West Capital
Little Rock, AR 72201

Hon. G  Patrick Murphy
Chief Judge, U S  District Court
U S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201-2954

Hon. Joel A. Pisano
U.S. District Judge
Mitchell H. Cohen U S. Courthouse
One John F. Gerry Plaza
400 Cooper Street
Camden, NJ 08102

Hon  John D  Rainey
U S  District Judge
406 Martin Luther King
U S  Post Office & Courthouse
312 Main Street
Victoria, TX 77902

Hon. Michael J. Reagan
U.S. District Judge
U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201

Hon. Stephen M. Reasoner
U S. District Judge
560 U S  Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Hon. Lee H. Rosenthal
U S  District Judge
11535 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Tom Stagg
Senior U.S  District Judge
4100 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3091

Hon. Frederick P. Stamp, Jr
U.S  District Judge
P.O. Box 791
Wheeling, WV 26003-0100

Hon  William D  Stiehl
Senior U S  District Judge
P O. Box 249
E  St  Louis, IL 62202

Hon  G  Ernest Tidwell
Senior U S. District Judge
1967 Richard B. Russell Federal
Bldg & U S  Courthouse
75 Spring Street, S W.
Atlanta, GA 30303-3361

Hon. Ralph E. Tyson
U.S. District Judge
301 Russell B  Long Fed  Bldg
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. Franklin S  Van Antwerpen
U.S  District Judge
Holmes Building, Fourth Floor
101 Larry Holmes Drive
Easton, PA 18042

Hon  William H  Walls
U S. District Judge
Martin Luther King, Jr  Fed. Bldg
& U S  Courthouse
50 Walnut Street
Newark, NJ 07102

Hon. Susan W  Wright
Chief Judge, U S  District Court
522 U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201

## INVOLVED CLERKS LIST (CTO-26)
## DOCKET NO. 1407
## IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

Charles R. Diard, Jr., Clerk
123 John A. Campbell
 U S. Courthouse
113 St Joseph Street
Mobile, AL 36602-3621

Christopher R. Johnson, Clerk
U S. District Court
P.O. Drawer I
Hot Springs, AR 71902-1979

David J. Maland, Clerk
Jack Brooks Federal Bldg
& U.S Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

David J. Weaver, Clerk
814 Theodore Levin
 U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

J.T Noblin, Clerk
243 Federal Building
725 Martin Luther King, Jr Blvd
Biloxi, MS 39530

J.T Noblin, Clerk
316 James O. Eastland
 U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

James W. McCormack, Clerk
402 U S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

James W. McCormack, Clerk
U.S. District Court
P.O. Box 8307
Pine Bluff, AR 71611-8307

Karen S. Mitchell, Clerk
14A20 Earle Cabell Federal
Bldg & U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Karen S. Mitchell, Clerk
310 U.S Courthouse
501 West 10th Street
Fort Worth, TX 76102-3643

Karen S. Mitchell, Clerk
C-221 Geroge H. Mahn Federal
Building & U S. Courthouse
1205 Texas Avenue
Lubbock, TX 79401-4002

Lawrence Talamo, Clerk
U S. District Court
Russell B Long Federal Building
777 Florida Street
Baton Rouge, LA 70801-1712

Luther D. Thomas, Clerk
2211 Richard B. Russell
 Fed. Bldg & U S Courthouse
75 Spring Street, S W
Atlanta, GA 30303-3361

Michael E. Kunz, Clerk
2609 James A Byrne
U S Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Michael N Milby, Clerk
United States District Court
P O Box 61010
Houston, TX 77208-1010

Norbert G Jaworski, Clerk
U S District Court
P O. Box 249
E. St Louis, IL 62202-0249

Perry D Mathis, Clerk
140 Hugo L. Black
 U S Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Robert H. Shemwell, Clerk
1167 U S Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Ronald D. Lawson, Clerk
Post Office Box 3869
Charleston, WV 25338-3869

Wally A. Edgell, Clerk
P O. Box 471
Wheeling, WV 26003-0060

William G. Putnicki, Clerk
John H. Wood, Jr
U.S. Courthouse
655 East Durango Boulevard
San Antonio, TX 78206-1198

William T Walsh, Clerk
Martin Luther King, Jr. Fed.
Bldg & U S Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI, WESTERN DIVISION**

**CLEOTA GREEN AND**                                                 **PLAINTIFFS**
**LENORA BUTLER**

**VS.**                                       **CAUSE NUMBER: 3:02cv1825BN**

**BAYER CORP., AMERICAN HOME PRODUCTS**           **DEFENDANTS**
**CORP. AND WHITEHALL-ROBINS HEALTHCARE,**
**Individually and as Successors in Interest to A.H. ROBINS**
**CONSUMER, and SMITHKLINE BEECHAM**
**CONSUMER, a division of SMITHKLINE BEECHAM CORP.**

## S U M M O N S

**THE STATE OF MISSISSIPPI**

**TO:    BAYER CORP.**

### NOTICE TO DEFENDANT(S)

### THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to Nancy Guy Armstrong, attorney for the Plaintiff(s), whose post office address is Post Office Box 1343, McComb, Mississippi 39649, and whose street address is 626 Delaware Avenue, McComb, Mississippi 39648  Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a Judgment by Default will be entered against you for the money or other things demanded in the Complaint

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward

Issued under my hand and the seal of said Court, this _19_ day of _March_, 2003

J T Noblin
Clerk

(Seal)

By _____ D C

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI, WESTERN DIVISION**

CLEOTA GREEN AND                                             PLAINTIFFS
LENORA BUTLER

VS.                                          CAUSE NUMBER: 3:02cv1825BN

BAYER CORP., AMERICAN HOME PRODUCTS                          DEFENDANTS
CORP. AND WHITEHALL-ROBINS HEALTHCARE,
Individually and as Successors in Interest to A.H. ROBINS
CONSUMER, and SMITHKLINE BEECHAM
CONSUMER, a division of SMITHKLINE BEECHAM CORP.

## S U M M O N S

**THE STATE OF MISSISSIPPI**

**TO:   SMITHKLINE BEECHAM CONSUMER, a division of SMITHKLINE BEECHAM CORPORATION**

### NOTICE TO DEFENDANT(S)

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to Nancy Guy Armstrong, attorney for the Plaintiff(s), whose post office address is Post Office Box 1343, McComb, Mississippi 39649, and whose street address is 626 Delaware Avenue, McComb, Mississippi 39648 Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a Judgment by Default will be entered against you for the money or other things demanded in the Complaint

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward

Issued under my hand and the seal of said Court, this _19_ day of _March_, 2003.

J.T Noblin
Clerk

(Seal)

By _____ D C

## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI, WESTERN DIVISION

**CLEOTA GREEN AND**                                                **PLAINTIFFS**
**LENORA BUTLER**

**VS.**                                                **CAUSE NUMBER: 3:02cv1825BN**

**BAYER CORP., AMERICAN HOME PRODUCTS**                    **DEFENDANTS**
**CORP. AND WHITEHALL-ROBINS HEALTHCARE,**
**Individually and as Successors in Interest to A.H. ROBINS**
**CONSUMER, and SMITHKLINE BEECHAM**
**CONSUMER, a division of SMITHKLINE BEECHAM CORP.**

## S U M M O N S

**THE STATE OF MISSISSIPPI**

**TO: AMERICAN HOME PRODUCTS CORP. AND WHITEHALL-ROBINS HEALTHCARE, Individually and as Successors in Interest to A.H. ROBINS CONSUMER**

### NOTICE TO DEFENDANT(S)

### THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to Nancy Guy Armstrong, attorney for the Plaintiff(s), whose post office address is Post Office Box 1343, McComb, Mississippi 39649, and whose street address is 626 Delaware Avenue, McComb, Mississippi 39648  Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a Judgment by Default will be entered against you for the money or other things demanded in the Complaint

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward

Issued under my hand and the seal of said Court, this _19_ day of _March_ 2003

J T Noblin
Clerk

(Seal)

By: _____ D.C.

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI, JACKSON DIVISION**

MAMIE BULLOCK, MARY SMITH,                                          **PLAINTIFFS**
WILLARD GREEN, HAROLD THOMAS,
SYLVIA EVANS, DORIS BONDS and
WILLIAM GRIFFITH

VS.                                              **CAUSE NUMBER: 3:02cv1825BN**

BAYER CORP., AMERICAN HOME PRODUCTS                  **DEFENDANTS**
CORP. AND WHITEHALL-ROBINS HEALTHCARE,
Individually and as Successors in Interest to A.H. ROBINS
CONSUMER, NOVARTIS PHARMACUETICALS CORP.,
AND NOVARTIS CONSUMER HEALTH, INC.
Individually and as Successors in Interest to
CIBA-GEIGY CORP., CIBA CONSUMER
PHARMACEUTICALS and SANDOZ CONSUMER HEALTH,
INC., CHATTEN, INC. and SHERING-PLOUGH CORP.
                         **S U M M O N S**

**THE STATE OF MISSISSIPPI**

**TO:   NOVARTIS PHARMACUETICALS CORP. AND NOVARTIS CONSUMER HEALTH, INC. Individually and as Successors in Interest to CIBA-GEIGY CORP.**

**NOTICE TO DEFENDANT(S)**
**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to Nancy Guy Armstrong, attorney for the Plaintiff(s), whose post office address is Post Office Box 1343, McComb, Mississippi 39649, and whose street address is 626 Delaware Avenue, McComb, Mississippi 39648   Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a Judgment by Default will be entered against you for the money or other things demanded in the Complaint

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward

Issued under my hand and the seal of said Court, this 19 day of March, 2003

J T Noblin
Clerk

(Seal)

By _____ D C

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI, JACKSON DIVISION

| | |
|---|---|
| MAMIE BULLOCK, MARY SMITH, WILLARD GREEN, HAROLD THOMAS, SYLVIA EVANS, DORIS BONDS and WILLIAM GRIFFITH | **PLAINTIFFS** |
| VS. | **CAUSE NUMBER: 3:02cv1825BN** |
| BAYER CORP., AMERICAN HOME PRODUCTS CORP. AND WHITEHALL-ROBINS HEALTHCARE, Individually and as Successors in Interest to A.H. ROBINS CONSUMER, NOVARTIS PHARMACUETICALS CORP., AND NOVARTIS CONSUMER HEALTH, INC. Individually and as Successors in Interest to CIBA-GEIGY CORP., CIBA CONSUMER PHARMACEUTICALS and SANDOZ CONSUMER HEALTH, INC., CHATTEN, INC. and SHERING-PLOUGH CORP. | **DEFENDANTS** |

## S U M M O N S

**THE STATE OF MISSISSIPPI**

**TO:   CIBA CONSUMER PHARMACEUTICALS**

### NOTICE TO DEFENDANT(S)
**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to Nancy Guy Armstrong, attorney for the Plaintiff(s), whose post office address is Post Office Box 1343, McComb, Mississippi 39649, and whose street address is 626 Delaware Avenue, McComb, Mississippi 39648. Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a Judgment by Default will be entered against you for the money or other things demanded in the Complaint

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward

Issued under my hand and the seal of said Court, this _19_ day of ____March____, 2003

J T. Noblin
Clerk

(Seal)

By _____ D C

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI, JACKSON DIVISION**

MAMIE BULLOCK, MARY SMITH,                                        **PLAINTIFFS**
WILLARD GREEN, HAROLD THOMAS,
SYLVIA EVANS, DORIS BONDS and
WILLIAM GRIFFITH

VS.                                                      **CAUSE NUMBER: 3:02cv1825BN**

BAYER CORP., AMERICAN HOME PRODUCTS                    **DEFENDANTS**
CORP. AND WHITEHALL-ROBINS HEALTHCARE,
Individually and as Successors in Interest to A.H. ROBINS
CONSUMER, NOVARTIS PHARMACUETICALS CORP.,
AND NOVARTIS CONSUMER HEALTH, INC.
Individually and as Successors in Interest to
 CIBA-GEIGY CORP., CIBA CONSUMER
 PHARMACEUTICALS and SANDOZ CONSUMER HEALTH,
INC., CHATTEN, INC. and SHERING-PLOUGH CORP.

**S U M M O N S**

**THE STATE OF MISSISSIPPI**

**TO:    SANDOZ CONSUMER HEALTH**

**NOTICE TO DEFENDANT(S)**
**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT
AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to Nancy Guy Armstrong, attorney for the Plaintiff(s), whose post office address is Post Office Box 1343, McComb, Mississippi 39649, and whose street address is 626 Delaware Avenue, McComb, Mississippi 39648  Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a Judgment by Default will be entered against you for the money or other things demanded in the Complaint

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward

Issued under my hand and the seal of said Court, this _19_ day of _March_, 2003

                                            J T Noblin
                                            Clerk

(Seal)

                                            By:_____ D C

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI, JACKSON DIVISION**

MAMIE BULLOCK, MARY SMITH,                                    PLAINTIFFS
WILLARD GREEN, HAROLD THOMAS,
SYLVIA EVANS, DORIS BONDS and
WILLIAM GRIFFITH

VS.                                    CAUSE NUMBER: 3:02cv1825BN

BAYER CORP., AMERICAN HOME PRODUCTS                          DEFENDANTS
CORP. AND WHITEHALL-ROBINS HEALTHCARE,
Individually and as Successors in Interest to A.H. ROBINS
CONSUMER, NOVARTIS PHARMACUETICALS CORP.,
AND NOVARTIS CONSUMER HEALTH, INC.
Individually and as Successors in Interest to
CIBA-GEIGY CORP., CIBA CONSUMER
PHARMACEUTICALS and SANDOZ CONSUMER HEALTH,
INC., CHATTEN, INC. and SHERING-PLOUGH CORP.

## S U M M O N S

THE STATE OF MISSISSIPPI

TO:    SHERING-PLOUGH CORP.

### NOTICE TO DEFENDANT(S)
**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to Nancy Guy Armstrong, attorney for the Plaintiff(s), whose post office address is Post Office Box 1343, McComb, Mississippi 39649, and whose street address is 626 Delaware Avenue, McComb, Mississippi 39648 Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a Judgment by Default will be entered against you for the money or other things demanded in the Complaint

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward

Issued under my hand and the seal of said Court, this _19_ day of _March_, 2003

J T Noblin
Clerk

(Seal)

By _____ D C

## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI, JACKSON DIVISION

**MAMIE BULLOCK, MARY SMITH,**                              **PLAINTIFFS**
**WILLARD GREEN, HAROLD THOMAS,**
**SYLVIA EVANS, DORIS BONDS and**
**WILLIAM GRIFFITH**

**VS.**                                            **CAUSE NUMBER: 3:02cv1825BN**

**BAYER CORP., AMERICAN HOME PRODUCTS**                  **DEFENDANTS**
**CORP. AND WHITEHALL-ROBINS HEALTHCARE,**
**Individually and as Successors in Interest to A.H. ROBINS**
**CONSUMER, NOVARTIS PHARMACUETICALS CORP.,**
**AND NOVARTIS CONSUMER HEALTH, INC.**
**Individually and as Successors in Interest to**
**CIBA-GEIGY CORP., CIBA CONSUMER**
**PHARMACEUTICALS and SANDOZ CONSUMER HEALTH,**
**INC., CHATTEN, INC. and SHERING-PLOUGH CORP.**

### S U M M O N S

**THE STATE OF MISSISSIPPI**

**TO:    AMERICAN HOME PRODUCTS CORP. AND WHITEHALL-ROBINS HEALTHCARE, Individually and as Successors in Interest to A.H. ROBINS CONSUMER**

### NOTICE TO DEFENDANT(S)
### THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to Nancy Guy Armstrong, attorney for the Plaintiff(s), whose post office address is Post Office Box 1343, McComb, Mississippi 39649, and whose street address is 626 Delaware Avenue, McComb, Mississippi 39648   Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a Judgment by Default will be entered against you for the money or other things demanded in the Complaint

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward

Issued under my hand and the seal of said Court, this _19_ day of _March_ 2003

J T Noblin
Clerk

By _____ D C.

(Seal)

**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF
MISSISSIPPI, JACKSON DIVISION**

MAMIE BULLOCK, MARY SMITH,                                    **PLAINTIFFS**
WILLARD GREEN, HAROLD THOMAS,
SYLVIA EVANS, DORIS BONDS and
WILLIAM GRIFFITH

VS.                                                **CAUSE NUMBER: 3:02cv1825BN**

BAYER CORP., AMERICAN HOME PRODUCTS                          **DEFENDANTS**
CORP. AND WHITEHALL-ROBINS HEALTHCARE,
Individually and as Successors in Interest to A.H. ROBINS
CONSUMER, NOVARTIS PHARMACUETICALS CORP.,
AND NOVARTIS CONSUMER HEALTH, INC.
Individually and as Successors in Interest to
 CIBA-GEIGY CORP., CIBA CONSUMER
 PHARMACEUTICALS and SANDOZ CONSUMER HEALTH,
INC., CHATTEN, INC. and SHERING-PLOUGH CORP.
### S U M M O N S

**THE STATE OF MISSISSIPPI**

**TO:    CHATTEN, INC.**

### NOTICE TO DEFENDANT(S)
**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT
AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to Nancy Guy Armstrong, attorney for the Plaintiff(s), whose post office address is Post Office Box 1343, McComb, Mississippi 39649, and whose street address is 626 Delaware Avenue, McComb, Mississippi 39648  Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a Judgment by Default will be entered against you for the money or other things demanded in the Complaint

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward

Issued under my hand and the seal of said Court, this _19_ day of _March_, 2003

                                        J T Noblin
                                        Clerk

(Seal)

                                        By _____ D C

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI, JACKSON DIVISION

| | |
|---|---|
| MAMIE BULLOCK, MARY SMITH,<br>WILLARD GREEN, HAROLD THOMAS,<br>SYLVIA EVANS, DORIS BONDS and<br>WILLIAM GRIFFITH | **PLAINTIFFS** |

**VS.**                                        **CAUSE NUMBER: 3:02cv1825BN**

**BAYER CORP., AMERICAN HOME PRODUCTS**          **DEFENDANTS**
**CORP. AND WHITEHALL-ROBINS HEALTHCARE,**
**Individually and as Successors in Interest to A.H. ROBINS**
**CONSUMER, NOVARTIS PHARMACUETICALS CORP.,**
**AND NOVARTIS CONSUMER HEALTH, INC.**
**Individually and as Successors in Interest to**
**CIBA-GEIGY CORP., CIBA CONSUMER**
**PHARMACEUTICALS and SANDOZ CONSUMER HEALTH,**
**INC., CHATTEN, INC. and SHERING-PLOUGH CORP.**

## S U M M O N S

**THE STATE OF MISSISSIPPI**

**TO:    BAYER CORPORATION**

### NOTICE TO DEFENDANT(S)
### THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to Nancy Guy Armstrong, attorney for the Plaintiff(s), whose post office address is Post Office Box 1343, McComb, Mississippi 39649, and whose street address is 626 Delaware Avenue, McComb, Mississippi 39648   Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons and Complaint or a Judgment by Default will be entered against you for the money or other things demanded in the Complaint

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward

Issued under my hand and the seal of said Court, this _4_ day of _March_, 2003

J T Noblin
Clerk

(Seal)

By:_____ D.C.

Case 2:03-cv-00598-BJR    Document 4    Filed 03/24/03    Page 33 of 60

DISTRICT_DIV_CIVIL ACTI●

### MISSISSIPPI SOUTHERN

| | | | |
|---|---|---|---|
| MSS | 1 | 03-4 | Aleatha Bethancourt v. Bayer Corp |
| MSS | 1 | 03-5 | Linda Dewoody v. Chattem, Inc. |
| MSS | 3 | 02-1820 | Elizabeth Tobias, et al. v American Home Products, et al |
| MSS | 3 | 02-1825 | Mamie Bullock, et al v Bayer Corp , et al. |
| MSS | 3 | 02-1831 | Eula Coleman, et al v. Bayer Corp., et al |
| MSS | 4 | 02-529 | Teresa Weathersby, etc v. American Home Products Corp., et al |
| MSS | 5 | 02-686 | Virginia Robbs, et al v Bayer Corp , et al |
| MSS | 5 | 02-688 | Alonzo Sturgeon v. Bayer Corp. |
| MSS | 5 | 02-692 | Cleota Green, et al v. Bayer Corp , et al. |
| MSS | 5 | 02-693 | Harry L. Anderson, et al v Chattem, Inc., et al. |

### NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 2 | 02-5139 | Janette Kimbrough v Novartis Consumer Health, Inc. |
| NJ | 2 | 02-5143 | Debbie Roberson v Novartis Consumer Health, Inc , et al |
| NJ | 2 | 02-5274 | Deborah Culbertson Williams v Sidmak Laboratories, Inc , et al |
| NJ | 2 | 02-6033 | Anna Ochoa v The Delaco Co , et al. |
| NJ | 2 | 02-6034 | Tammy Compton v Sidmak Laboratories, Inc , et al |
| NJ | 2 | 02-6035 | Sheila Marie McColley v The Delaco Co , et al |
| NJ | 2 | 02-6036 | Gary Gene Roe v Sidmak Laboratories, Inc , et al |
| NJ | 2 | 02-6037 | Tanella McCoy v. Sidmak Laboratories, Inc , et al. |
| NJ | 2 | 02-6038 | Joyce Hrynyk v The Delaco Co , et al |
| NJ | 2 | 02-6039 | Lisa A. Blaylock v Sidmak Laboratories, Inc , et al |
| NJ | 2 | 02-6040 | Judy Wray v Sidmak Laboratories, Inc , et al |
| NJ | 2 | 02-6041 | Sandra Caton v Sidmak Laboratories, Inc , et al |
| NJ | 2 | 02-6082 | Sandra Hartsock v Bayer Corp , et al |
| NJ | 2 | 02-6083 | Joanne Kitch v Smithkline Becham Corp |
| NJ | 2 | 02-6084 | Jennifer Novick v Smithkline Beecham Corp |
| NJ | 2 | 02-6106 | Barbara Leamon v Bayer Corp |

### PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| ~~PAE~~ | ~~2~~ | ~~02-9143~~ | ~~Eileen D Klotz, et al v The Delaco Co~~ Vacated 2/28/03 |

### TEXAS EASTERN

| | | | |
|---|---|---|---|
| TXE | 1 | 02-796 | Richard Stephenson v Kroger Texas, L P , et al |
| TXE | 1 | 02-838 | Robert Sirley v Kroger Texas, L P., et al. |

### TEXAS NORTHERN

| | | | |
|---|---|---|---|
| ~~TXN~~ | ~~3~~ | ~~02-2704~~ | ~~Billie Hall, et al. v Chattem, Inc., et al.~~ Opposed 2/28/03 |
| TXN | 3 | 03-12 | Angelina Pitts v Novartis Consumer Health, Inc , et al |
| TXN | 4 | 02-1041 | Teri Jean Peterson, et al v Chattem, Inc , et al |
| TXN | 5 | 02-286 | Cynthia Bernosky, etc v United Pharmacy, Inc , et al |

### TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 4 | 02-4543 | James Fisher v Kroger Texas, L P., et al |
| ~~TXS~~ | ~~4~~ | ~~02-4865~~ | ~~Angela Lea, et al v Chattem, Inc , et al~~ Opposed 2/25/03 |
| ~~TXS~~ | ~~4~~ | ~~02-4867~~ | ~~Barbara Ames, et al v Chattem, Inc , et al~~ Opposed 2/25/03 |
| TXS | 4 | 02-4894 | Maurice Minnfee v Kroger Texas, L.P , et al |
| TXS | 4 | 02-4896 | Gordon Turman v Kroger Texas, L P , et al |
| TXS | 4 | 02-4897 | Earl Clark, et al v Kroger Texas, L P , et al |
| TXS | 4 | 02-4898 | Kametha Small v Kroger Texas, L P., et al |

### TEXAS WESTERN

| | | | |
|---|---|---|---|
| ~~TXW~~ | ~~5~~ | ~~02-1207~~ | ~~Charles Jackson, etc v Bayer Corp , et al~~ Opposed 2/28/03 |

DISTRICT   DIV   CIVIL ACTION#

WEST VIRGINIA NORTHERN
      WVN      5   02-128            Philip L  Malatinsky, et al. v. Novartis, AG, et al.

WEST VIRGINIA SOUTHERN
      WVS      2   02-1480           Max Blair Price, et al. v  Bayer Corp

# IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

Brock Cordt Akers
Phillips & Akers
3400 Phoenix Tower
3200 Southwest Freeway
Houston, TX 77027-7523

Anne Andrews
Andrews & Thornton
450 Newport Center Drive
Second Floor
Santa Ana, CA 92660

Judith Schening Apperson
Fulbright & Jaworski
Texas Commerce Bank Towers
Suite 2800
2200 Ross Ave.
Dallas, TX 75201-2784

Nancy Guy Armstrong
P O. Box 1343
McComb, MS 39648

Earl B. Austin
Baker & Botts
2001 Ross Avenue, Suite 800
Dallas, TX 75201-2980

Joseph P.H. Babington
Helmsing, Leach, Herlong, et al.
Laclede Building, Suite 2000
150 Government Street
P.O. Box 2767
Mobile, AL 36652-2767

Daniel E. Becnel, Jr.
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh Street
P O. Drawer H
Reserve, LA 70084-2095

Ryan A Becker
Hunton & Williams
200 Park Avenue
New York, NY 10166-0136

Harry F. Bell, Jr
Bell & Bands
P O. Box 1723
Charleston, WV 25326-1723

Cloyd Benjamin, Jr
Piper & Associates
P O. Box 69
Shreveport, LA 71161

M. Stephen Bingham
Cross, Gunter, Witherspoon, et al.
500 President Clinton Avenue
Suite 200
P.O. Box 3178
Little Rock, AR 72203-3178

Robert J. Binstock
Reich & Binstock
4265 San Felipe
Suite 1000
Houston, TX 77027-0001

Charles P. Blanchard
Chaffe, McCall, Phillips, Toler &
Sarpy
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300

Timothy D. Blue
Williams, Kastner & Gibbs
601 Union Street
Suite 4100
Seattle, WA 98101

Beth C. Boggs
Boggs, Backer, et al
7912 Bonhomme Avenue
Suite 400
St. Louis, MO 63105

Philip Bohrer
Bohrer Law Firm
3388 Brentwood Drive
Baton Rouge, LA 70809

Louis A Bove
Bodell, Bove, Grace & Van Horn
One Penn Square West, 6th Floor
30 South 15th Street
Philadelphia, PA 19102

Margaret T. Brenner
Hays, McConn, Rice & Pickering
400 Two Allen Center
1200 Smith Street
Houston, TX 77002

James Eugene Brown
P O Box 1616
Lake Jackson, TX 77566

Robert C. Buck
Schlueter Buck & Childers
940 Center Street
Conyers, GA 30012

Lawrence R. Cohan
Anapol, Schwartz, Weiss, et al
402 Park Boulevard
Cherry Hill, NJ 08002

John P. Cunningham
Brown & James
120 West Main Street
Suite 214
Belleville, IL 62221

William M. Cunningham, Jr
Burns, Cunningham & Mackey
P O Box 1583
Mobile, AL 36633-1583

Danny L. Curtis
McDowell, Rice, et al.
605 West 47th Street
Suite 350
Kansas City, MO 64112-1905

William B. Curtis
Miller & Curtis
10000 North Central Expressway
Suite 1450
Dallas, TX 75231

John Dames
Kelley, Drye & Warren, L.L P
333 West Wacker Drive
Suite 2600
Chicago, IL 60606

James E. DeFranco
Neville, Richards, et al.
5 Park Place Professional Centre
P.O. Box 20070
Belleville, IL 62226-0070

Michele A. Dimartino
Miller & Associates
Two Bala Plaza
Suite 300
Bala Cynwyd, PA 19004

Lorna A. Dotro
McElroy, Deutsch & Mulvaney
P.O Box 2075
1300 Mount Kemble Avenue
Morristown, NJ 07962

Peter A. Kraus
Waters & Kraus
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Kathleen A. Lang
Dickinson & Wright, PLLC
500 Woodward Avenue, Ste 4000
Detroit, MI 48226-3425

Lori B. Leskin
Kaye Scholer, LLP
425 Park Avenue
12th Floor
New York, NY 10022-3598

Nancy June Locke
Fulbright & Jaworski
1301 McKinney Street
Suite 5100
Houston, TX 77010-3095

Lisa A. Louck
Hays, McConn, Rice & Pickering
400 Two Allen Center
1200 Smith Street
Houston, TX 77002

Scott William MacLaren
Gwinn & Roby
Renaissance Tower
1201 Elm Street
Suite 4100
Dallas, TX 75270

Joel Mafrige
Vinson & Elkins
1001 Fannin Street
2300 First City Tower
Houston, TX 77002-6760

J. Phillip Malcom
Friday, Eldredge & Clark
2000 First Commercial Building
400 West Capitol Avenue
Little Rock, AR 72201-3493

David P. Matthews
Abraham, Watkins, Nichols, et al
800 Commerce Street
Houston, TX 77002-1776

John F McKay
McKay Law Firm
7465 Exchange Place
Baton Rouge, LA 70806-2203

Gordon J. McKernan
McKernan Law Firm
8710 Jefferson Highway
Baton Rouge, LA 70809

Menley & James Labs
100 Tournament Drive
#210
Horsham, PA 19044

Denise Arenth Miller
Miller & Martin
1275 Peachtree Street, NE
Suite 700
Atlanta, GA 30309-3576

Matthew J. Nielsen
Sedgwick Detert Moran & Arnold
209 South LaSalle Street
Seventh Floor
Chicago, IL 60604

Todd Brentley Ott
Law Offices of Ronnie G. Penton
209 Hoppen Place
Bogalusa, LA 70427

Lance Eugene Palmer
Levinson, Friedman, Vhugen,
Duggan, et al
720 3rd Avenue
Suite 1800
Seattle, WA 98101

Michelle A. Parfitt
Ashcraft & Gerel
2000 L Street, NW
Suite 400
Washington, DC 20036

Ronnie G. Penton
Law Offices of Ronnie G. Penton
209 Hoppen Place
Bogalusa, LA 70427

Charles F. Preuss
Drinker Biddle & Reath
225 Bush Street
15th Floor
San Francisco, CA 94104

Steven W Quattlebaum
Quattlebaum, Grooms, Tull &
Burrow
111 Center Street
Suite 1900
Little Rock, AR 72201

Beth Ross
Sills, Cummis, Radin, et al.
The Legal Center
One Riverfront Plaza
Newark, NJ 07102

Joseph J. Saltarelli
Hunton & Williams
200 Park Avenue
43rd Floor
New York City, NY 10166-0136

Robert M. Schick
Vinson & Elkins
2300 First City Tower
1001 Fannin
Houston, TX 77002-6760

Susan M. Sharko
Drinker, Biddle & Shanley, L.L.P
500 Campus Drive
Florham Park, NJ 07932-1047

Randolph S Sherman
Kaye Scholer, LLP
425 Park Avenue
12th Floor
New York, NY 10022

James M Simpson, Jr.
Friday, Eldredge & Clark
First Commercial Bldg
400 West Capitol Ave
Suite 2000
Little Rock, AR 72201

Edward S. Sledge, III
McDowell, Knight, Roedder &
Sledge, L.L.C
P.O. Box 350
Mobile, AL 36601

Ann M. Smith
Johnson & Bell
55 East Monroe Street
Suite 4100
Chicago, IL 60603

Franklin P. Solomon
Weitz & Luxenberg
51 Haddonfield Road
Suite 160
Cherry Hill, NJ 08002

Daniel J. Stephenson
Dykema Gossett, PLLC
315 East Eisenhouwer Parkway
Suite 100
Ann Arbor, MI 48104

Case 2:03-cv-00595-BOR Document 1 Filed 03/24/03 Page 37 of 60

# INVOLVED JUDGES LIST (CTO-240)
## DOCKET NO. 1407
## IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

Hon. William H. Barbour, Jr.
U S District Judge
430 James O. Eastland U S
Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. William G. Bassler
U.S District Judge
Martin Luther King, Jr. Federal
Bldg & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102-0999

Hon. Samuel F. Biery
U.S District Judge
John H Wood, Jr., U S Courthouse
655 East Durango Blvd
San Antonio, TX 78206-1198

Hon. John W. Bissell
Chief Judge, U.S District Court
U S Post Office & Courthouse
P.O. Box 999
Newark, NJ 07101-0999

Hon David C. Bramlette
U.S District Judge
216 Federal Building
725 Martin Luther King, Jr Blvd.
Biloxi, MS 39530

Hon. Charles R Butler, Jr
Chief Judge, U.S. District Court
John A. Campbell U S Courthouse
113 St. Joseph Street
Mobile, AL 36602-3606

Hon. William E Cassady
U S. Magistrate Judge
U.S. District Court
306 U.S Courthouse
113 St. Joseph Street
Mobile, AL 36602

Hon. Ronald H Clark
U.S District Judge
106 Federal Building
211 West Ferguson Street
Tyler, TX 75702

Hon Robert H. Cleland
U.S. District Judge
707 Theodore Levin U S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Hon John T. Copenhaver, Jr.
U.S. District Judge
P.O Box 2546
Charleston, WV 25329-2546

Hon Samuel R Cummings
U.S. District Judge
C-210 George H. Mahon
  Federal Bldg & U S Courthouse
1205 Texas Avenue
Lubbock, TX 79401

Hon. Harwell G. Davis, III
U S. Magistrate Judge
103 U.S Post Office & Courthouse
101 Holmes Avenue, N E
Huntsville, AL 35801

Hon. Garnett Thomas Eisele
Senior U.S. District Judge
502 U.S Post Office and Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Hon. A. Joe Fish
Chief Judge, U.S District Court
15D6L Earle Cabell Federal Bldg &
U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242

Hon. Sidney A Fitzwater
U.S. District Judge
15A3A Earle Cabell Federal Bldg
& U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Hon Walter J. Gex, III
U S District Judge
238 Federal Building
725 Martin Luther King, Jr. Blvd
Biloxi, MS 39530

Hon Joseph A Greenaway, Jr.
U S. District Judge
Martin Luther King, Jr Federal
Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Hon. Melinda Harmon
U.S. District Judge
9114 Bob Casey U S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon Katharine S Hayden
U S. District Judge
311 U S Post Office & Courthouse
P O Box 999
Newark, NJ 07101

Hon Thad Heartfield
U S. District Judge
P.O. Box 949
Beaumont, TX 77004-0949

Hon Jimm Larry Hendren
Chief Judge, U.S. District Court
United States District Court
P.O Box 3487
Fayetteville, AR 72702-3487

Hon. David R. Herndon
U.S. District Judge
P.O Box 259
E St Louis, IL 62202-0259

Hon. David Hittner
U.S. District Judge
8509 Bob Casey U S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Kenneth M Hoyt
U S. District Judge
11144 Bob Casey U S Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Lynn N Hughes
U S District Judge
11122 Bob Casey U S Courthouse
515 Rusk Avenue
Houston, TX 77002

## INVOLVED CLERKS LIST (CTO-26)
## DOCKET NO. 1407
## IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

Charles R. Diard, Jr , Clerk
123 John A. Campbell
  U.S Courthouse
113 St. Joseph Street
Mobile, AL 36602-3621

Christopher R. Johnson, Clerk
U.S. District Court
P.O Drawer I
Hot Springs, AR 71902-1979

David J Maland, Clerk
Jack Brooks Federal Bldg
& U S Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

~~David J Weaver, Clerk~~
~~814 Theodore Levin~~
~~U.S. Courthouse~~
~~231 West Lafayette Boulevard~~
~~Detroit, MI 48226~~

J T. Noblin, Clerk
243 Federal Building
725 Martin Luther King, Jr Blvd
Biloxi, MS 39530

J.T. Noblin, Clerk
316 James O. Eastland
  U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

James W. McCormack, Clerk
402 U.S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

James W McCormack, Clerk
U.S. District Court
P.O. Box 8307
Pine Bluff, AR 71611-8307

Karen S. Mitchell, Clerk
14A20 Earle Cabell Federal
Bldg & U S Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Karen S Mitchell, Clerk
310 U S. Courthouse
501 West 10th Street
Fort Worth, TX 76102-3643

Karen S. Mitchell, Clerk
C-221 Geroge H. Mahn Federal
Building & U S Courthouse
1205 Texas Avenue
Lubbock, TX 79401-4002

Lawrence Talamo, Clerk
U.S. District Court
Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801-1712

Luther D Thomas, Clerk
2211 Richard B Russell
  Fed. Bldg & U S Courthouse
75 Spring Street, S W
Atlanta, GA 30303-3361

~~Michael E Kunz, Clerk~~
~~2609 James A Byrne~~
~~U S Courthouse~~
~~601 Market Street~~
~~Philadelphia, PA 19106-1796~~

Michael N Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

~~Norbert G Jaworski, Clerk~~
~~U.S District Court~~
~~P O. Box 249~~
~~E. St Louis, IL 62202-0249~~

Perry D. Mathis, Clerk
140 Hugo L. Black
  U.S Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Robert H. Shemwell, Clerk
1167 U S Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

Ronald D. Lawson, Clerk
Post Office Box 3869
Charleston, WV 25338-3869

Wally A. Edgell, Clerk
P.O. Box 471
Wheeling, WV 26003-0060

~~William G Putnicki, Clerk~~
~~John H Wood, Jr~~
~~U S. Courthouse~~
~~655 East Durango Boulevard~~
~~San Antonio, TX 78206-1198~~

William T Walsh, Clerk
Martin Luther King, Jr Fed
Bldg & U S Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN**
Judge Wm Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS.**
Judge John F Keenan
United States District Court
Southern District of New York

Judge Bruce M Selya
United States Court of Appeals
First Circuit

Judge Julia Smith Gibbons
United States Court of Appeals
Sixth Circuit

Judge D Lowell Jensen
United States District Court
Northern District of California

Judge J Frederick Motz
United States District Court
District of Maryland

Judge Robert L Miller, Jr
United States District Court
Northern District of Indiana

**DIRECT REPLY TO**

Michael J Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D C   20002

Telephone   [202] 502-2800
Fax            [202] 502-2888

http.//www jpml uscourts gov

February 28, 2003



RECEIVED

MAR - 0 2003

Cler  U S District Court
Southern District of Miss

Bruce Rifkin, Clerk
215 William Kenzo Nakamura
 U.S. Courthouse
1010 Fifth Avenue
Seattle, WA  98104-1130

Re.  MDL-1407 -- In re Phenylpropanolamine (PPA) Products Liability Litigation

(See Attached Schedule CTO-26)

Dear Mr. Rifkin.

I am enclosing one certified copy and additional copies of a conditional transfer order filed by the Panel in the actions listed on the attached schedule on February 12, 2003. The Panel's governing statute, 28 U S C. §1407, requires that the transferee clerk ".  transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred " As stipulated in Rule 7 4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F R D. 425, 435 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer if they wish to do so   The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing

A list of involved counsel is attached.

Very truly,

Michael J  Beck
Clerk of the Panel

By_____
                        Deputy Clerk

Attachments

cc     Transferee Judge        Judge Barbara Jacobs Rothstein
        Transferor Judges       (See Attached List of Judges)
        Transferor Clerks        (See Attached List of Clerks)

JPML Form 38

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 1 2 2003

*DOCKET NO. 1407*

FILED
CLERK'S OFFICE

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION*

### *(SEE ATTACHED SCHEDULE)*

### *CONDITIONAL TRANSFER ORDER (CTO-26)*

On August 28, 2001, the Panel transferred eight civil actions to the United States District Court for the Western District of Washington for coordinated or consolidated pretrial proceedings pursuant to 28 U S.C. § 1407   Since that time, 735 additional actions have been transferred to the Western District of Washington.  With the consent of that court, all such actions have been assigned to the Honorable Barbara Jacobs Rothstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Western District of Washington and assigned to Judge Rothstein.

Pursuant to Rule 7 4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D  425, 435-36 (2001), these actions are transferred under 28 U.S C. § 1407 to the Western District of Washington for the reasons stated in the order of August 28, 2001, 173 F.Supp.2d 1377 (J P.M L. 2001), and, with the consent of that court, assigned to the Honorable Barbara Jacobs Rothstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Washington   The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel

FOR THE PANEL

*Michael J. Beck*

Michael J  Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

FEB 2 8 2003

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

JAN - 7 2003

_____, CLERK
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

MAMIE BULLOCK, MARY SMITH, WILLARD
GREEN, HAROLD THOMAS, SYLVIA EVANS,
DORIS BONDS AND WILLIAM GRIFFITH                          PLAINTIFFS

VS.                                    CIVIL ACTION NO. 3:02-CV-1825BN

BAYER CORP., AMERICAN HOME PRODUCTS
CORP. AND WHITEHALL-ROBINS HEALTHCARE,
INDIVIDUALLY AND AS SUCCESSORS IN INTEREST
TO A.H. ROBINS CONSUMER, NOVARTIS
PHARMACEUTICALS CORPORATION AND NOVARTIS
CONSUMER HEALTH, INC., INDIVIDUALLY AND AS
SUCCESSORS IN INTEREST TO CIBA-GEIGY CORP.,
CIBA CONSUMER PHARMACEUTICALS AND SANDOZ
CONSUMER HEALTH, INC., CHATTEM, INC. AND
SHERING-PLOUGH CORP.                                      DEFENDANTS

## RECUSAL ORDER

Pursuant to 28 U.S.C. § 455(a), the undersigned feels compelled to disqualify himself in the above styled and numbered proceeding for the following reason:

The undersigned has a financial interest in the subject matter in controversy in that his wife is the owner of stock in Shering-Plough Corp. The undersigned therefore hereby recuses himself in this proceeding.

SO ORDERED this the _____ day of January, 2003.

_____
UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**SOUTHERN DISTRICT OF MISSISSIPPI**



# *MEMORANDUM*

**TO:** Counsel of Record & Courtroom Deputies          **DATE:** January 8, 2003

**FROM:** J T Noblin, Clerk

**SUBJECT:** Mamie Bullock, et al vs Bayer Corp., et al
              Civil Action No. 3:02cv1825BN

The above case has been re-assigned to Judge Henry Wingate, and Magistrate Judge James Sumner, pursuant to Recusal Order of Judge William H Barbour, Jr , filed on January 7, 2003

**All future papers should be filed under Civil Action No. 3:02cv1825WS**

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF
MISSISSIPPI, JACKSON DIVISION

MAMIE BULLOCK, MARY SMITH,
WILLARD GREEN, HAROLD THOMAS
SYLVIA EVANS, DORIS BONDS, AND
WILLIAM GRIFFITH                                                             PLAINTIFFS

V.                                                CIVIL ACTION NO. 3:02cv 1825 BN

BAYER CORP., AMERICAN HOME PRODUCTS
CORP. AND WHITEHALL-ROBINS HEALTHCARE,
INDIVIDUALLY AND AS SUCCESSORS IN INTEREST
TO A.H. ROBINS CONSUMER, NOVARTIS
PHARMACEUTICALS CORPORATION AND NOVARTIS,
CONSUMER HEALTH, INC., INDIVIDUALLY AND AS
SUCCESSORS IN INTEREST TO CIBA-GEIGY CORP.,
CIBA CONSUMER PHARMACEUTICALS AND SANDOZ
CONSUMER HEALTH, INC., CHATTEM, INC., AND.
SHERING-PLOUGH CORP.,                                                       DEFENDANTS

FILED
DEC 2 7 2002
JT NOBLIN, CLERK
BY                      DEPUTY

## COMPLAINT

## PLAINTIFFS DEMAND TRIAL BY JURY

I.

**COMES NOW**, the Plaintiffs, by and through their attorneys of record, and for cause of

action against the Defendants would show unto the Court the following

1   The Defendants are the manufacturers, marketers, wholesalers, rebranders, distributors

and/or sellers of PPA-containing products

DEFENDANTS

A   Bayer Corporation, (hereinafter referred to as "Bayer "), is a non-resident corporation

in good standing, licensed to do and doing business in the State of Mississippi, and

has committed a tort within the State of Mississippi and may be served with process of this Court, in accordance with Rule 4 of the Federal Rules of Civil Procedure by serving its registered agent for service of process, C T Corporation System, 631 Lakeland Drive, East, Flowood, Mississippi 39232

B   The Defendants, American Home Products Corporation and Whitehall-Robins Healthcare, individually and as successors to A H Robins Consumer, (hereinafter collectively referred to as "A H Robins"), are non-resident corporations, and upon information and belief, are not licensed to do business in the State of Mississippi but are, or have been, doing business in the State of Mississippi, and have committed a tort within the State of Mississippi and may be served with process of this Court, in accordance with Rule 4 of the Federal Rules of Civil Procedure by serving their registered agent for service of process, Prentiss Hall Corporation System, Inc , 2711 Centerville Road, Suite 400 Wilmington, Delaware, 19808

C   The Defendants, Novartis Consumer Health, Inc and Novartis Pharmaceuticals Corporation, individually and as successors in interest to Ciba-Geigy Corp , Ciba Consumer Pharmaceuticals Corporation and Sandoz Consumer Health Care Group (hereinafter, collectively referred to as "Novartis"), are non-resident corporations, and, upon information and belief, are not licensed to do business in the State of Mississippi but are, or have been, doing business in the State of Mississippi, and have committed a tort within the State of Mississippi and may be served with process of this Court, in accordance with Rule 4 of the Federal Rules of Civil Procedure by serving their registered agent for service of process, C T Corporation System, 631 Lakeland East Drive, Flowood, Mississippi 39232

D   The Defendant Chattem, Inc , is a non-resident corporation, with its principal place of business in Tennessee and, upon information and belief, is not licensed to do business

2

in the State of Mississippi but is or has been, doing business in the state of Mississippi, and has committed a tort within the State of Mississippi and may be served with process of this court in accordance with Rule 4 of the Federal Rules of Civil Procedure by serving its registered agent for service of process, Hugh F Sharber, 1000 Volunteer Building, 832 Georgia Ave, Chattanooga, Tennessee 37402

E   The Defendant, Schering-Plough Corp (hereinafter referred to as "Shering-Plough"), is a non-resident corporation, and, upon information and belief, is not licensed to do business in the State of Mississippi but is, or has been, doing business in the State of Mississippi, and has committed a tort within the State of Mississippi and may be served with process of this Court, in accordance with Rule 4 of the Federal Rules of Civil Procedure by service at its headquarters 2000 Galloping Hill Road Kenilworth, NJ 07033-0530

## II.

## JURISDICTION AND VENUE

This Honorable Court has subject matter jurisdiction, pursuant to 28 U S C § 1332, as the amount in controversy exceeds $75,000 exclusive of interest and costs and because these joined actions are brought by individuals who are citizens of a state other than the defendants

Venue is proper in this district pursuant to 28 U S C § 1391 Plaintiffs purchased the products that form the basis of this lawsuit in the Southern District of Mississippi, Jackson Division Defendants advertised in this district, received substantial compensation and profits from sales of the PPA-containing products at issue in this district, and made material omissions and misrepresentations and breaches of warranties in this district

3

4    Joinder of the Plaintiffs' claims is warranted pursuant to Rule 20 (a) of the Federal Rules of Civil Procedure, as the Defendants are jointly and severally liable to the Plaintiffs, these claims arise out of the same transaction or occurrence, or series of transactions and occurrences, and numerous questions of law and fact common to all Plaintiffs will arise in this action  Rule 20 (a) further provides that all defendants may be joined in one action and judgment may be given for one or more plaintiffs according to their respective rights to relief, and against one or more defendants according to their respective liabilities

## III.

## **FACTUAL ALLEGATIONS**

### DEFENDANTS

5    Defendant, Bayer. manufactured, marketed, designed, distributed. sold, packaged and/or rebranded the over-the-counter cold and cough medication, Alka-Seltzer Plus Cold Medicine and/or other medications marketed under the trade name "Alka-Seltzer Plus" which at all times pertinent hereto contained the active ingredient phenylpropanolamine (hereinafter sometimes referred to as 'PPA")

6    Defendant, A H  Robins. manufactured, marketed. designed, distributed, sold, packaged and/or rebranded the over-the-counter cold and cough medication, Robitussin CF and Dimetapp Plus Caplets and/or other medications marketed under the trade name "Dimetapp," which at all times pertinent hereto contained the active ingredient phenylpropanolamine

7    Defendants, Novartis. manufactured, marketed, designed. distributed, sold, packaged and/or rebranded the over-the-counter Triaminic Cold and Cough Medicine and/or

4

other medications marketed under the trade name "Triaminic," which at all times pertinent hereto contained the active ingredient phenylpropanolamine

8   Defendant Chattem manufactured, marketed, designed, distributed, sold, packaged and/or rebranded the over-the-counter diet drug Dexatrim and/or other medications marketed under the trade name "Dexatrim" which at all times pertinent hereto contained the active ingredient phenylpropanolamine

9   Defendant, Schering-Plough Corp manufactured, marketed, designed, distributed, sold, packaged and/or rebranded the over-the-counter cold and cough medication, Coricidin D, and/or other medications marketed under the trade name "Coricidin" which at all times pertinent hereto contained the active ingredient phenylpropanolamine

## PLAINTIFFS

10  Plaintiff Mamie Bullock is an adult resident of Pike County, Mississippi Prior to October, 1983, Plaintiff, Mamie Bullock, enjoyed generally good health In October, 1983, Plaintiff was taking the over-the-counter medications Alka-Seltzer Plus Cold Medicine and/or other medications marketed under the trade name "Alka-Seltzer Plus," for amelioration of cold symptoms On October 11, 1983, at the age of 35 years, as a direct result of having taken these products Plaintiff suffered a debilitating stroke As a result of this stroke, Plaintiff has suffered intense mental and physical pain and suffering and severe injuries and associated disabilities

11  Plaintiff Mary Smith is an adult resident of Pike County, Mississippi. Prior to April, 1994, Plaintiff, Mary Smith, enjoyed generally good health In April, 1994, Plaintiff was taking the over-the-counter medications Alka-Seltzer Plus Cold Medicine and/or

5

other medications marketed under the trade name "Alka-Seltzer Plus," and Robitussin CF for amelioration of cold and cough symptoms On April, 10. 1994, as a direct result of having taken these products, Plaintiff suffered a debilitating hemorrhagic stroke As a result of this stroke, Plaintiff has suffered intense mental and physical pain and suffering and severe injuries and associated disabilities

12 Plaintiff Willard Green is an adult resident of Amite County, Mississippi Prior to January, 2000, Plaintiff, Willard Green, enjoyed generally good health In January, 2000, Plaintiff was taking the over-the-counter medications Alka-Seltzer Plus Cold Medicine and/or other medications marketed under the trade name "Alka-Seltzer Plus," amelioration of cold symptoms On January 26, 2000, as a direct result of having taken these products, Plaintiff suffered a debilitating stroke As a result of this stroke. Plaintiff has suffered intense mental and physical pain and suffering and severe injuries and associated disabilities

13 Plaintiff Harold Thomas is an adult resident of Pike County, Mississippi Prior to September, 2000, Plaintiff, Harold Thomas, enjoyed generally good health In September, 2000, Plaintiff was taking the over-the-counter medications Alka-Seltzer Plus Cold Medicine and/or other medications marketed under the trade name "Alka-Seltzer Plus," amelioration of cold symptoms On September 15. 2000, as a direct result of having taken these products, Plaintiff suffered a debilitating stroke In February, 2001, Plaintiff was again taking the over-the-counter medications Alka-Seltzer Plus Cold Medicine and/or other medications marketed under the trade name "Alka-Seltzer Plus," amelioration of cold symptoms On February 10, 2001, as a direct result of having taken these products. Plaintiff again suffered a debilitating stroke As a result of these strokes, Plaintiff has suffered intense mental and physical pain and suffering and severe injuries and associated disabilities

6

14  Plaintiff Sylvia Evans is an adult resident of Amite County, Mississippi  Prior to February, 2001, Plaintiff, Sylvia Evans, enjoyed generally good health  In February, 2001, Plaintiff was taking the over-the-counter medications Triaminic Cold and Cough Medicine and/or other medications marketed under the trade name "Triaminic," for amelioration of cold symptoms  On February 9, 2001, as a direct result of having taken these products, Plaintiff suffered a cerebrovascular accident  As a result of this CVA, Plaintiff has suffered intense mental and physical pain and suffering and severe injuries and associated disabilities

15  Plaintiff Doris Bonds is an adult resident of Amite County, Mississippi  Prior to June, 1998. Plaintiff, Doris Bonds, enjoyed generally good health  In June, 1998, Plaintiff was taking the over-the-counter medications Dexatrim and/or other medications marketed under the trade name "Dexatrim" for weight loss, and Dimetapp Plus Caplets and/or other medications marketed under the trade name "Dimetapp," amelioration of cold and cough symptoms  On June 1. 1998, at the age of 47 years, as a direct result of having taken these products, Plaintiff suffered a debilitating stroke  As a result of this stroke. Plaintiff has suffered intense mental and physical pain and suffering and severe injuries and associated disabilities

16  Plaintiff William Griffith is an adult resident of Pike County, Mississippi  Prior to October, 1990, Plaintiff, William Griffith, enjoyed generally good health  In October, 1990, Plaintiff was taking the over-the-counter medications Coricidin D, and/or other medications marketed under the trade name "Coricidin" for amelioration of cold symptoms  On October 24, 1990, as a direct result of having taken these products, Plaintiff suffered a debilitating cerebrovascular accident  As a result of this CVA, Plaintiff has suffered intense mental and physical pain and suffering and severe injuries and associated disabilities

17 Plaintiffs, have only recently discovered, in 2001, that their strokes, and resulting injuries were caused by the ingestion of defendants' products

18 Plaintiffs could not have discovered this fact earlier because, upon information and belief, Defendants actively concealed pertinent facts, and engaged in a conspiracy to conceal these facts and prevent Plaintiffs from obtaining such information, as more fully detailed herein below  Moreover, regardless of Defendants' conduct, Plaintiffs could not reasonably be expected to have known of the link between their strokes and consumption of the PPA-containing products prior to 2001

19 At all times pertinent hereto, Defendants were in the business of promoting, marketing, distributing, selling and/or manufacturing PPA-containing products marketed under the above-described brand names  At all times pertinent hereto, Defendants developed  manufactured, promoted, marketed, rebranded, distributed and/or sold the aforementioned over-the-counter medications through the interstate commerce with the intent and expectation that the medication would enter the state of Mississippi and be used therein

20 Defendants directly or indirectly, manufactured, assembled, designed, labeled, packaged, marketed, advertised, rebranded, distributed and/or sold in the State of Mississippi PPA-containing products

21 At all times pertinent hereto, Defendants knew, or in the exercise of ordinary care should have known, that their respective medications containing phenylpropanolmine could cause severe and life-threatening complications and side effects including but not limited to stroke, heart attack, atrial arrhythmias, vasospasms, and severe elevation of blood pressure

22 A reasonably prudent drug manufacturer, seller, or distributor in the position of Defendants would have either withdrawn these PPA-containing products from the

8

market or adequately warned of the risks associated with use long before November, 2000  Instead, Defendants continued to actively market such medications as safe without adequate warnings as to the drugs' risks and hazards

23  Defendants failed to warn Plaintiffs adequately of the hazards associated with use of the PPA-containing products and concealed their knowledge of these hazards from the Plaintiffs and others  As a result of this failure to warn and/or concealment, Plaintiffs suffered the injuries set forth herein

24  In December of 2000, the *New England Journal of Medicine* reported the results of the Hemorrhagic Stroke Project (HSP), concluding that the use of medication containing phenylpropanolamine substantially increased the risk of stroke in users

25  On information and belief, Defendants were aware of the risk of severe side-effects associated with medications containing PPA well before the publication of the HSP in the *New England Journal of Medicine,* but concealed their knowledge of such risks both from consumers and from the medical and scientific community

## IV.

### FIRST CAUSE OF ACTION

### PRODUCTS LIABILITY

26  Plaintiffs adopt and re-allege Paragraphs 1-25 above as if fully set forth herein

27  The PPA-containing products were all defective and unreasonably dangerous when they left the control of the Defendants pursuant to the Mississippi Products Liability Act, Miss Code Ann  ' 11-1-63 (2001), in that

    **a)**    The risk associated with use of these PPA-containing products far outweighed the utility derived from using such medications,

**b)** Defendants failed to provide adequate warnings regarding the hazards associated with the use of their PPA-containing products.

**c)** Defendants' PPA-containing products were defectively designed and unreasonably dangerous in design and composition in that other medications could achieve similar results without the risks presented by these PPA-containing products, and

**d)** Defendants' PPA-containing products failed to comply with express warranty(ies) that their products were safe and effective products for human consumption

28 Defendants were in the business of designing, developing, manufacturing, re-branding, labeling, marketing, rebranding, distributing and/or selling the above-referenced PPA-containing products

29 Plaintiffs further allege that Defendants sold and/or distributed the subject products in a condition that posed unreasonable risks from reasonably anticipated use  Plaintiffs aver that the aforementioned PPA-containing products expected to and did reach the consumer Plaintiffs without substantial change in condition from the time that it left the control of Defendants

30 The defective condition(s) alleged herein rendered the PPA-containing products unreasonably dangerous to plaintiff and proximately caused the injuries and damages for which recovery is sought

31 Defendants knew, or in the light of reasonably available knowledge should have known, of the danger in their PPA-containing products that caused the damage for which recovery is sought  The ordinary user or consumer of Defendants' PPA-containing products would not realize such dangers

32 Defendants neglected to provide Plaintiffs warnings that reasonably could have been

expected to catch the attention of a reasonably prudent person under similar circumstances taking into account the characteristics of, and the ordinary knowledge common to an ordinary consumer who purchases the product  Further, Defendants failed to provide warnings which could accurately advise an ordinary consumer of the scope, severity and likelihood of serious injury resulting from use of their PPA-containing products  Had such warnings been provided, the injuries and damages sustained by Plaintiffs could have been avoided

33  Plaintiffs contend that Defendants' PPA-containing products failed to function as expected and there existed feasible design alternatives equally as effective and useful that would have had a reasonable probability of preventing the harms sustained by Plaintiffs

34  Defendants are liable to Plaintiffs for the damages complained of herein for the respective designing, developing, manufacturing, re-branding, labeling, marketing, distributing and/or selling of the afore-mentioned PPA-containing products  Miss Code Ann  ' 11-1-63 (2001)

35  All Defendants are jointly and severally liable to the respective Plaintiffs pursuant to Miss  Code Ann   ' 11-1-63 (2001),

36. All Defendants are jointly and severally liable to the respective Plaintiffs under the doctrine of strict liability pursuant to Miss  Code Ann   ' 11-1-63 (2001)

## V.

### SECOND CAUSE OF ACTION

### STRICT PRODUCT LIABILITY CLAIMS

37  Plaintiffs adopt and re-allege Paragraphs 1-36 above as if fully set forth herein

11

38  Mississippi law imposes strict liability against the manufacturers or sellers of a defective product   As explained by the Mississippi Supreme Court in *Huff v Shopsmith, Inc*, despite the enactment Miss  Code Ann   ' 11-1-63, strict product liability still exists under Mississippi law

With the adoption of 11-1-63, common law strict liability, as laid out in *State Stove Mfg  Co  v  Hodges*, 189 So 2d 113 (Miss  1996), is no longer the authority on the necessary elements of a products liability action   However, **the concept of strict liability it still quite alive with the statute and the principals in *State Stove* are a driving force in products liability actions even after the adoption of the statute**   *Wolf v  Stanley Works*, 757 So 2d 316, 319-20 (Miss Ct App 2000)   **Whether an action is labeled Astatutory products liability@ or Astrict liability@ matters little since the basis precepts are largely the same.**

786 So 2d 383 (Miss  2001) (Emphasis Added)

39  Plaintiffs purchased the subject PPA-containing products from Defendants, which were in the business of designing and/or developing and/or manufacturing, labeling. marketing, distributing, re-branding, and selling the above-referenced PPA-containing products, and subsequently consumed these products

40  The PPA-containing products consumed by the Plaintiffs were all defective and unreasonably dangerous when they left the control of the Defendants

41  The subject products reached Plaintiffs without substantial change in condition from the time that they left the control of Defendants

42  The unreasonably dangerous characteristics of the subject products proximately caused the injuries and damages for which recovery is sought

43  Plaintiffs are therefore entitled to recovery based on the theories of strict product liability pursuant to Miss  Code Ann  ' 11-1-63. as well as common law strict product

liability [a]

## VI.

## THIRD CAUSE OF ACTION

## NEGLIGENCE

44   Plaintiffs adopt and re-allege Paragraphs 1-43 above as if fully set forth herein

45   At all times material hereto, Defendants had a duty to Plaintiffs to exercise reasonable and ordinary care in the design, manufacture, testing, processing, marketing, advertising, labeling, packaging, distribution, and sale of the afore-mentioned PPA-containing medications

46   Defendants failed to exercise reasonable care in the design, manufacture, testing, processing, marketing, advertising, labeling, packaging, rebranding, distribution and/or sale of the above-referenced PPA-containing products in the following respects

---

[a]   Under Mississippi=s common law strict product liability which was derived from the Restatement (Second) of Torts. three elements must be established in order to assert a products liability claim against a manufacturer or seller

A(1) that the plaintiff was injured by the product, (2) that the injury resulted from a defect in the product which rendered it unreasonably dangerous, and (3) that the defect existed at the time it left the hands of the seller @

*Scordino v Hopeman Brothers, Inc*, 662 So 2d 640, 642 (Miss 1995). *State Stove Manufacturing Company v Hodges*, 189 So 2d 113 (Miss 1966), *cert denied*, 386 U S 912 (1967)   *State Stove Manufacturing Company v Hodges*, 189 So 2d 113 (Miss 1966), *cert denied*, 386 U S 912 (1967)

a) Designing, marketing, processing, advertising, packaging, distributing and/or selling a PPA-containing products that they knew, or should have known, carried the risk of serious, life-threatening side effects;

b) Failure to adequately test the PPA-containing products prior to placing the medications on the market;

c) Failure to use care in designing, developing and manufacturing their PPA-containing products so as to avoid posing unnecessary health risks to users of such products;

d) Failure to conduct adequate pre-clinical and clinical testing and post-marketing surveillance to determine the safety of PPA-containing products;

e) Failure to advise the consumers, such as Plaintiff, that consumption of the medication could result in severe and disabling side effects, including stroke, heart attack, atrial arrhythmias, vasospasms, and severe elevation of blood pressure;

f) Failure to advise the medical and scientific communities of the potential for severe and disabling side effects, including stroke, heart attack, atrial arrhythmias, vasospasms, and severe elevation of blood pressure;

g) Failure to provide timely and/or adequate warnings about the potential health risks associated with use of defendants= PPA-containing products; and,

h) Any and all other acts of negligence with respect to the subject PPA-containing products which may be shown at trial

47 The aforementioned acts and/or omissions committed by Defendants proximately caused Plaintiffs to suffer strokes and subsequent damages detailed herein

14

## VII.

## FOURTH CAUSE OF ACTION

## FRAUD AND MISREPRESENTATION

48  Plaintiffs adopt and re-allege Paragraphs 1-47 above as if fully set forth herein

49  Defendants widely advertised and promoted their respective PPA-containing products as safe and effective medications

50  Defendants had a duty to disclose material information to consumers such as the Plaintiffs about serious life-threatening side effects  Additionally, by virtue of Defendants' partial disclosures about the medication wherein Defendants touted their medications as safe and effective treatment, Defendants had a duty to disclose all facts about the risks of use associated with the medication, including the potential for the medication to cause stroke, heart attack atrial arrhythmias, vasospasms, and severe elevation of blood pressure  Defendants intentionally failed to disclose this information for the purpose of inducing consumers, such as the Plaintiff, to purchase their dangerous products

51  Had Plaintiffs been aware of the hazards associated with use of the PPA-containing medications, they would not have consumed the PPA-containing medications that proximately caused their strokes and resulting losses

52  In their advertisements, Defendants made material misrepresentations about their PPA-containing products to the effect that their products were safe and effective treatments, which misrepresentations Defendants knew to be false, for the purpose of fraudulently inducing consumers, such as Plaintiffs, to purchase such PPA-containing products  Plaintiffs relied upon these material misrepresentations in deciding to

15

purchase and consume the PPA-containing medications

53  Upon information and belief, Plaintiff avers that Defendants actively and fraudulently concealed information in their exclusive possession regarding the hazards associated with medications containing PPA with the purpose of preventing consumers, such as Plaintiff, from discovering those hazards

## VIII.

## FIFTH CAUSE OF ACTION

## PUNITIVE DAMAGES

54  Plaintiffs adopt and re-allege Paragraphs 1-53 above as if fully set forth herein

55  Defendants acted with actual malice and/or gross negligence constituting a willful, wanton or reckless disregard of the safety and well being of the Plaintiffs and the general public in connection with the design, manufacture, packaging, marketing, advertising, promotion, distribution, sale and rebranding of the afore-mentioned PPA-containing products such that the imposition of punitive damages in an amount sufficient to deter the Defendants from such willful, wanton and intentional misconduct in the future is appropriate

## IX.

## DAMAGES

56  Plaintiffs adopt and re-allege Paragraphs 1-55 above as if fully set forth herein

57  As a result of Defendants' acts, omissions and/or misconduct, Plaintiffs has suffered compensatory damages, which include, but are not limited to, the following

16

**a)**    Severe and permanent physical and medical injuries and associated disabilities,

**b)**    severe pain and suffering and mental anguish occasioned by the resulting injuries,

**c)**    loss of enjoyment of life,

**d)**    increased risk of health problems,

**e)**    loss of past and future income,

**f)**    past and future medical, rehabilitation, and life care expenses,

**g)**    any and all other damages to be shown at trial

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs pray for a trial by jury, and sues and demand judgment of and from the Defendants for actual and compensatory damages in excess of the minimum jurisdictional limits of this Court, and Plaintiffs further sue and demand judgment of and from Defendants for punitive damages, together with pre-judgment interest, post-judgment interest and all costs of this proceeding

Respectfully submitted,

MAMIE BULLOCK, MARY SMITH,
WILLARD GREEN, HAROLD THOMAS
SYLVIA EVANS, DORIS BONDS, AND
WILLIAM GRIFFITH,
PLAINTIFFS

By _Nancy Armstrong_

NANCY ARMSTRONG (MS 10277)
Armstrong & Guy Law Offices
P O Box 1343

17

626 Delaware Ave
McComb, Ms 39649
Telephone  (601) 684-8816
Fax  (601) 684-7992


TODD B  OTT (MS 99953)
RONNIE G  PENTON (MS 30011)
LAW OFFICES OF RONNIE G  PENTON
209 Hoppen Place
Bogalusa, LA 70427
Telephone  (985) 732-5651
Fax  (985) 735-5579


ATTORNEYS FOR PLAINTIFFS