UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| IN RE: Phenylpropanolamme (PPA) Products Liability Litigation | * * * * * * | MDL 1407 AFFIRMATION OF |

\_\_\_\_\_William Griffith\_\_\_\_\_
REGARDING PRODUCT
IDENTIFICATION

This document relates to \_\_\_Mamie Bullock, etal v. Bayer Corp, etal\_\_\_

I, \_\_\_Todd B. Ott\_\_\_, am an attorney duly admitted to practice law in the State of

Mississippi affirm, upon information and belief, that the following statements are true under the

penalties of perjury:

1.  I submit this Affirmation pursuant to CMO# 13.

2.  Plaintiff \_\_\_William Griffith\_\_\_ingested \_\_\_PPA medication market under the trade name " Coricidin\_\_\_,

    which he/she alleges caused him/her to sustain personal injuries

3.  Plaintiff \_\_\_William Griffith\_\_\_asserts that defendant(s) \_\_\_Shering-Plough, Corp\_\_\_

    _____

    is/are the manufacturer(s) of the PPA-containing medicine(s) that is/are identified in

    paragraph 2.

\_\_\_Todd B. Ott\_\_\_
Counsel for Plaintiff

03-CV-00598-NTC