UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE: PHENYLPROPANOLAMINE
(PPA) PRODUCTS LIABILITY
LITIGATION,

MDL NO. 1407

This document relates to:

See Appendix A

ORDER GRANTING DEFENDANT
CHATTEM, INC.'S AND THE
DELACO COMPANY'S MOTION TO
DISMISS

THIS MATTER comes before the court on Chattem, Inc.'s and The Delaco Company's motion to dismiss pursuant to Case Management Order ("CMO") 13.[1] Having reviewed the pleadings filed in support of and in opposition to this motion, the court finds and rules as follows:

## I.  BACKGROUND

On May 2, 2003, the court entered CMO 13 requiring counsel for plaintiffs naming more than one manufacturing defendant in their complaint to file and serve an Affirmation setting forth the PPA product or products allegedly ingested by each plaintiff and the defendant or defendants whom the plaintiff claims is the manufacturer of those products. Under CMO 13 and 13A, which the court entered on June 21, 2003, a defendant who is not named in

_____

[1] This motion was filed on July 24, 2003.

ORDER
Page - 1 -



**01-CV-01407-ORD**

the affirmation can move to dismiss the claims against it.

Defendants Chattem, Inc. and The Delaco Company (collectively "Defendants") now move to dismiss the plaintiffs in the cases identified in Appendix A of this order for either failing to file affirmations or for failing to identifying Defendants or Defendants' products in the affirmations that were filed. Various plaintiffs represented by the same counsel have filed a collective opposition contending that dismissal is not appropriate.

## II.   DISCUSSION

Various plaintiffs have collectively filed an opposition to the present motion contending that the prospective CMO 15A renders this motion moot and supercedes CMO 13 and 13A.  CMO 15A, however, has not been entered or even presented in final form to the court.  It is therefore irrelevant to the present motion. Even if it were, however, nothing in CMO 15A supercedes the provisions of CMO 13 and 13A.  The proposed CMO 15A, along with CMO 15, requires plaintiffs in mass joinder cases to file individually severed complaints.  CMO 15A provides a means by which plaintiffs who fail to file such timely severed complaints will be dismissed.  Nothing in CMO 15 or 15A, therefore, supercedes CMOs 13 and 13A.  Furthermore, the plaintiffs' argument that the present motion be denied because it "is possible that Plaintiffs identified Defendants' PPA-containing products in the individual new Complaints and not Affirmations," makes no sense given that

ORDER
Page - 2 -

the newly severed complaints cannot include any new allegations. If plaintiffs have failed to identify Defendants or any of Defendants' products in their affirmations, which were based on their original complaint, the newly severed complaints cannot now identify Defendants or their products.  Accordingly, given that plaintiffs fail to provide any other substantive basis for opposing Defendants' motion--for instance, plaintiffs do not assert that they have properly filed affirmations or that the affirmations do in fact name Defendants or Defendants' products-- the court finds that dismissal under CMOs 13 and 13A is appropriate.

For the foregoing reasons, Defendants' motion to dismiss pursuant to CMO 13 and 13A is GRANTED.  The claims against Chattem, Inc. and The Delaco Company in the cases listed in Appendix A are DISMISSED with prejudice.

DATED at Seattle, Washington this 19th day of August, 2003.

BARBARA JACOBS ROTHSTEIN
UNITED STATES DISTRICT JUDGE

ORDER
Page - 3 -

Attachment A    Chattem Inc. and The Delaco Company's
Motion to Dismiss with Prejudice

| | A | B | C | D |
|---|---|---|---|---|
| 1 | | | | |
| 2 | C01-2131 | 01-09389 CBM (RNBx) | Hall, Delores | Hall, Delores |
| 3 | C02-0032 | 01-CV-2280 | Toombs, Bennie | Toombs, Bennie |
| 4 | C02-0355 | CV01-2286 S | Riptoe, John | Green, Paulette |
| 5 | C02-0355 | CV01-2286 S | Riptoe, John | Riptoe, Betty |
| 6 | C02-0355 | CV01-2286 S | Riptoe, John | Riptoe, John |
| 7 | C02-0421 | 02-01-198 | Newell, Dorothy | Adams, Carrie |
| 8 | C02-0421 | 02-01-198 | Newell, Dorothy | Hambrick, Sr, Ricky L. |
| 9 | C02-0421 | 02-01-198 | Newell, Dorothy | Smith, Sandra |
| 10 | C02-0512 | 02-121 | Martinez, Sherry | Martinez, Sherry |
| 11 | C02-0541 | 02-CV-119 | Brock, Rhoenisa | Brock, Rhoenisa |
| 12 | C02-0541 | 02-CV-119 | Brock, Rhoenisa | Duplessis, Georgiana |
| 13 | C02-0541 | 02-CV-119 | Brock, Rhoenisa | Guerra, Melvin |
| 14 | C02-0541 | 02-CV-119 | Brock, Rhoenisa | Kellum, Judith |
| 15 | C02-0541 | 02-CV-119 | Brock, Rhoenisa | Sakowski, Debra |
| 16 | C02-0541 | 02-CV-119 | Brock, Rhoenisa | Stechmann, Catherine |
| 17 | C02-0543 | 02-CV-00171 | Bourgeois, Carolyn | Cheramie, Jeffery |
| 18 | C02-0543 | 02-CV-00171 | Bourgeois, Carolyn | Falgout, Norris |
| 19 | C02-0543 | 02-CV-00171 | Bourgeois, Carolyn | Foster, Adeline |
| 20 | C02-0543 | 02-CV-00171 | Bourgeois, Carolyn | Galliano, Iris |
| 21 | C02-0777 | 02-CV-332 | Ardoin, Melissa | Marretta, Ronald |
| 22 | C02-0777 | 02-CV-332 | Ardoin, Melissa | Stevens, Louis |
| 23 | C02-0781 | 56162 Div. B | Adams, Irene | Adams, Irene |
| 24 | C02-0786 | 02-CV-145 | Fortenberry, Rencer | Fortenberry, Rencer |
| 25 | C02-0786 | 02-CV-145 | Fortenberry, Rencer | Hickman, Carol |
| 26 | C02-0787 | 3:02CV148 | Beals, Emanuel | Bradley, Dorthy |
| 27 | C02-0787 | 3:02CV148 | Beals, Emanuel | Emery, Nellie |
| 28 | C02-0787 | 3:02CV148 | Beals, Emanuel | Jackson, Elaine, on behalf of Rachel Griffin |
| 29 | C02-0787 | 3:02CV148 | Beals, Emanuel | Lomax, Theresa |
| 30 | C02-0787 | 3:02CV148 | Beals, Emanuel | Mason-Jackson, Laura |
| 31 | C02-0907 | 2001-17690 | Bickham, Clarice | Bowden, Joyce |
| 32 | C02-0907 | 2001-17690 | Bickham, Clarice | Carter, James |
| 33 | C02-0907 | 2001-17690 | Bickham, Clarice | Chalk, Alton |
| 34 | C02-0907 | 2001-17690 | Bickham, Clarice | Davis, Elanore |
| 35 | C02-0907 | 2001-17690 | Bickham, Clarice | Johnson, Christina |
| 36 | C02-0907 | 2001-17690 | Bickham, Clarice | Johnson, Pearl |
| 37 | C02-0907 | 2001-17690 | Bickham, Clarice | Jones, Rebecca |
| 38 | C02-0907 | 2001-17690 | Bickham, Clarice | Lancelin, Adrianne |
| 39 | C02-0907 | 2001-17690 | Bickham, Clarice | Lazo, Maria |
| 40 | C02-0907 | 2001-17690 | Bickham, Clarice | Marion, Joseph |
| 41 | C02-0907 | 2001-17690 | Bickham, Clarice | Martin, Addie |
| 42 | C02-0907 | 2001-17690 | Bickham, Clarice | Maxwell, Quintin |
| 43 | C02-0907 | 2001-17690 | Bickham, Clarice | McKenzie, Alice |
| 44 | C02-0907 | 2001-17690 | Bickham, Clarice | McWilliams, Gelon |
| 45 | C02-0907 | 2001-17690 | Bickham, Clarice | Mills, Duffie Jean |
| 46 | C02-0907 | 2001-17690 | Bickham, Clarice | Moore, Alphonse Sr. |
| 47 | C02-0907 | 2001-17690 | Bickham, Clarice | Moore, Leon |
| 48 | C02-0907 | 2001-17690 | Bickham, Clarice | Moore, Sandra |
| 49 | C02-0907 | 2001-17690 | Bickham, Clarice | Parker, Larry |
| 50 | C02-0907 | 2001-17690 | Bickham, Clarice | Percy, Vicelee |
| 51 | C02-0907 | 2001-17690 | Bickham, Clarice | Pierre, Anthony C. Sr. |
| 52 | C02-0907 | 2001-17690 | Bickham, Clarice | Scott, Sidney |

Attachment A    Chattem Inc. and The Delaco Company's
Motion to Dismiss with Prejudice

| | A | B | C | D |
|---|---|---|---|---|
| 2 | C01-2131 | 01-09389 CBM (RNBx) | Hall, Delores | Hall, Delores |
| 53 | C02-0907 | 2001-17690 | Bickham, Clarice | Underwood, Carolyn |
| 54 | C02-0907 | 2001-17690 | Bickham, Clarice | Wright, Walter |
| 55 | C02-1019 | 3:02cv0389 | Watson, Barbara and Shane | Watson, Barbara |
| 56 | C02-1021 | CV02-0385 S | Davis, Jim | Means, Jesse |
| 57 | C02-1021 | CV02-0385 S | Davis, Jim | Means, Myrtle |
| 58 | C02-1021 | CV02-0385 S | Davis, Jim | Probst, Everett |
| 59 | C02-1367 | 2001-14872 | Earl, Clara | Earl, Clara |
| 60 | C02-1367 | 2001-14872 | Earl, Clara | Mayer, Debora |
| 61 | C02-1371 | CV02-0259 S | Claiborne, Mable | Claiborne, Mable |
| 62 | C02-1371 | CV02-0259 S | Claiborne, Mable | Ross, Carolyn |
| 63 | C02-1708 | 02-0620 Section J | Adams, Linda | Adams, Linda |
| 64 | C02-1708 | 02-0620 Section J | Adams, Linda | Buras, Suze |
| 65 | C02-1708 | 02-0620 Section J | Adams, Linda | Gambino, Eunice |
| 66 | C02-1708 | 02-0620 Section J | Adams, Linda | Gisevius, Daniel |
| 67 | C02-1708 | 02-0620 Section J | Adams, Linda | Harris, David |
| 68 | C02-1708 | 02-0620 Section J | Adams, Linda | Hebert, Amon |
| 69 | C02-1708 | 02-0620 Section J | Adams, Linda | Jones, Zerlee |
| 70 | C02-1708 | 02-0620 Section J | Adams, Linda | Lecompte, Patricia |
| 71 | C02-1708 | 02-0620 Section J | Adams, Linda | Mang, Henry |
| 72 | C02-1708 | 02-0620 Section J | Adams, Linda | Triplett, Ida |
| 73 | C02-1712 | 2001-18558 | Stone, Darnell | Stone, Darnell |
| 74 | C02-1730 | 02-cv-784 | Brumfield, Michael | Brumfield, Michael |
| 75 | C02-1752 | 02-CV-891 | Jones, Marion | Jones, Marion |
| 76 | C02-1856 | 02-1831 | Ackel, Leslie | Ackel, Leslie |
| 77 | C02-1856 | 02-1831 | Ackel, Leslie | Albert, Diane |
| 78 | C02-1856 | 02-1831 | Ackel, Leslie | Allen, Martha Ann |
| 79 | C02-1856 | 02-1831 | Ackel, Leslie | Anderson, Carol |
| 80 | C02-1856 | 02-1831 | Ackel, Leslie | Badon, Reginald |
| 81 | C02-1856 | 02-1831 | Ackel, Leslie | Barnese, Mary |
| 82 | C02-1856 | 02-1831 | Ackel, Leslie | Barquet, Stephen |
| 83 | C02-1856 | 02-1831 | Ackel, Leslie | Bell, David |
| 84 | C02-1856 | 02-1831 | Ackel, Leslie | Boutte, Kim |
| 85 | C02-1856 | 02-1831 | Ackel, Leslie | Briscoe, Pearl |
| 86 | C02-1856 | 02-1831 | Ackel, Leslie | Brown, Karen |
| 87 | C02-1856 | 02-1831 | Ackel, Leslie | Brown, Melinda |
| 88 | C02-1856 | 02-1831 | Ackel, Leslie | Brown, Sharon |
| 89 | C02-1856 | 02-1831 | Ackel, Leslie | Bulter, Carol |
| 90 | C02-1856 | 02-1831 | Ackel, Leslie | Burrell, Sylvia |
| 91 | C02-1856 | 02-1831 | Ackel, Leslie | Carto, Jr., Raymond |
| 92 | C02-1856 | 02-1831 | Ackel, Leslie | Castille, Jerlean |
| 93 | C02-1856 | 02-1831 | Ackel, Leslie | Chaussy, Faith |
| 94 | C02-1856 | 02-1831 | Ackel, Leslie | Cheramie, Wendell |
| 95 | C02-1856 | 02-1831 | Ackel, Leslie | Coleman, Clarence |
| 96 | C02-1856 | 02-1831 | Ackel, Leslie | Collins, Adrianne |
| 97 | C02-1856 | 02-1831 | Ackel, Leslie | Collins, Eddison |
| 98 | C02-1856 | 02-1831 | Ackel, Leslie | Collins, Robert |
| 99 | C02-1856 | 02-1831 | Ackel, Leslie | Comeaux, Edward |
| 100 | C02-1856 | 02-1831 | Ackel, Leslie | Cooks, Beverly |
| 101 | C02-1856 | 02-1831 | Ackel, Leslie | Cooper, Stemmie |
| 102 | C02-1856 | 02-1831 | Ackel, Leslie | Counts, Laura |
| 103 | C02-1856 | 02-1831 | Ackel, Leslie | Cravinas, Monica |
| 104 | C02-1856 | 02-1831 | Ackel, Leslie | Derbigny, Joan |
| 105 | C02-1857 | 02-1833 | Rowe, Renita | Sanders, Reginald |

Attachment A                    Chattem Inc. and The Delaco Company's
                                Motion to Dismiss with Prejudice

|  | A | B | C | D |
|---|---|---|---|---|
| 2 | C01-2131 | 01-09389 CBM (RNBx) | Hall, Delores | Hall, Delores |
| 106 | C02-1857 | 02-1833 | Rowe, Renita | Simmons, Tina |
| 107 | C02-1857 | 02-1833 | Rowe, Renita | Smith, Doretha |
| 108 | C02-1857 | 02-1833 | Rowe, Renita | Spurlock, Ella Mae |
| 109 | C02-1857 | 02-1833 | Rowe, Renita | St. Cyre, Hortense |
| 110 | C02-1857 | 02-1833 | Rowe, Renita | Taylor, Carolyn |
| 111 | C02-1857 | 02-1833 | Rowe, Renita | Taylor, Wendell H. |
| 112 | C02-1857 | 02-1833 | Rowe, Renita | Theard, Desiree |
| 113 | C02-1857 | 02-1833 | Rowe, Renita | Thomas, Joseph L. |
| 114 | C02-1857 | 02-1833 | Rowe, Renita | Thomas, Phyllis |
| 115 | C02-1857 | 02-1833 | Rowe, Renita | Thompson, Sheri L. |
| 116 | C02-1857 | 02-1833 | Rowe, Renita | Timberlake, Linda M. |
| 117 | C02-1857 | 02-1833 | Rowe, Renita | Tousaint, Cynthia |
| 118 | C02-1857 | 02-1833 | Rowe, Renita | Tripps, Whitney |
| 119 | C02-1857 | 02-1833 | Rowe, Renita | Ware, Andrea, individually and on behalf of Rosetta Marrero |
| 120 | C02-1857 | 02-1833 | Rowe, Renita | Warren, Dorothy |
| 121 | C02-1857 | 02-1833 | Rowe, Renita | Wells, Theodore |
| 122 | C02-1857 | 02-1833 | Rowe, Renita | White, Jackie P. |
| 123 | C02-1857 | 02-1833 | Rowe, Renita | Wilson, Leonard |
| 124 | C02-1857 | 02-1833 | Rowe, Renita | Wimberly, Franklin |
| 125 | C02-1857 | 02-1833 | Rowe, Renita | Winters, Harold |
| 126 | C02-1858 | 02-1834 | Everidge, Betty | Everidge, Betty |
| 127 | C02-1858 | 02-1834 | Everidge, Betty | Fox, Yvette |
| 128 | C02-1858 | 02-1834 | Everidge, Betty | Gibson, Christina |
| 129 | C02-1858 | 02-1834 | Everidge, Betty | Gilbert, Susan |
| 130 | C02-1858 | 02-1834 | Everidge, Betty | Gordon, Creaton |
| 131 | C02-1858 | 02-1834 | Everidge, Betty | Green, John |
| 132 | C02-1858 | 02-1834 | Everidge, Betty | Hart, Rebecca |
| 133 | C02-1858 | 02-1834 | Everidge, Betty | Hayes, Lula |
| 134 | C02-1858 | 02-1834 | Everidge, Betty | Henderson, Lisa |
| 135 | C02-1858 | 02-1834 | Everidge, Betty | Hotard, Angela |
| 136 | C02-1858 | 02-1834 | Everidge, Betty | Howard, Shirley |
| 137 | C02-1858 | 02-1834 | Everidge, Betty | Johnson, Hilda |
| 138 | C02-1858 | 02-1834 | Everidge, Betty | Johnson, Joe |
| 139 | C02-1858 | 02-1834 | Everidge, Betty | Johnson, Robert |
| 140 | C02-1858 | 02-1834 | Everidge, Betty | Jones, Burnell |
| 141 | C02-1858 | 02-1834 | Everidge, Betty | Jones, Kathleen |
| 142 | C02-1858 | 02-1834 | Everidge, Betty | Jordan, Joseph |
| 143 | C02-1858 | 02-1834 | Everidge, Betty | Kenny, George |
| 144 | C02-1858 | 02-1834 | Everidge, Betty | King, Janice |
| 145 | C02-1858 | 02-1834 | Everidge, Betty | King, Joanne |
| 146 | C02-1858 | 02-1834 | Everidge, Betty | Wilson, Jr., Leonard |
| 147 | C02-1859 | 02-1835 | Landry, Annie | Leslie, Kenneth |
| 148 | C02-1859 | 02-1835 | Landry, Annie | Lewis, Lula |
| 149 | C02-1859 | 02-1835 | Landry, Annie | Lindsey, Edith |
| 150 | C02-1859 | 02-1835 | Landry, Annie | Lonzo, Bobby |
| 151 | C02-1859 | 02-1835 | Landry, Annie | Mack, Ronald |
| 152 | C02-1859 | 02-1835 | Landry, Annie | Magee, Joan |
| 153 | C02-1859 | 02-1835 | Landry, Annie | Martin, Helen |
| 154 | C02-1859 | 02-1835 | Landry, Annie | Martin, Robert E. |
| 155 | C02-1859 | 02-1835 | Landry, Annie | Mayeaux, Sr., Rodney W. |
| 156 | C02-1859 | 02-1835 | Landry, Annie | McCrary, Rose |
| 157 | C02-1859 | 02-1835 | Landry, Annie | McGary, Mary Etta |

Attachment A

| | A | B | C | D |
|---|---|---|---|---|
| 2 | C01-2131 | 01-09389 CBM (RNBx) | Hall, Delores | Hall, Delores |
| 158 | C02-1859 | 02-1835 | Landry, Annie | McGee, Evangeline |
| 159 | C02-1859 | 02-1835 | Landry, Annie | Metzler, Rita |
| 160 | C02-1859 | 02-1835 | Landry, Annie | Monley, Anne |
| 161 | C02-1859 | 02-1835 | Landry, Annie | Muhammad, Khadijah |
| 162 | C02-1859 | 02-1835 | Landry, Annie | Nelson, Jean |
| 163 | C02-1859 | 02-1835 | Landry, Annie | Nicholas, Edison |
| 164 | C02-1859 | 02-1835 | Landry, Annie | Pembrook, Herman |
| 165 | C02-1859 | 02-1835 | Landry, Annie | Peralli, Salvatore F. |
| 166 | C02-1859 | 02-1835 | Landry, Annie | Picquet, Lynn |
| 167 | C02-1859 | 02-1835 | Landry, Annie | Pons, Donald |
| 168 | C02-1859 | 02-1835 | Landry, Annie | Rankins, Carol |
| 169 | C02-1859 | 02-1835 | Landry, Annie | Reddick, Sherlene |
| 170 | C02-1859 | 02-1835 | Landry, Annie | Richardson, Cassandra |
| 171 | C02-1859 | 02-1835 | Landry, Annie | Robinson, Terry |
| 172 | C02-1859 | 02-1835 | Landry, Annie | Rogers, Mary |
| 173 | C02-1859 | 02-1835 | Landry, Annie | Roser, Patricia |
| 174 | C02-2159 | LO2-CV-55 | Gonzalez, Jose A. | Gonzalez, Jose |
| 175 | C02-2160 | M-02-139 | Bernal, Carlota | Bernal, Carlota |
| 176 | C02-2371 | 02-1750 | Byrd, Mike | Benn, Janet |
| 177 | C02-2371 | 02-1750 | Byrd, Mike | Bridges, Juanita, individually and on behalf of John Galloway |
| 178 | C02-2371 | 02-1750 | Byrd, Mike | Burns, Melissa D., individually and on behalf of Brady Scott Burns |
| 179 | C02-2371 | 02-1750 | Byrd, Mike | Burris, Mazzie |
| 180 | C02-2371 | 02-1750 | Byrd, Mike | Byrd, Mike |
| 181 | C02-2371 | 02-1750 | Byrd, Mike | DeBlanc, Dorothy A, individually and on behalf of Richard Este |
| 182 | C02-2371 | 02-1750 | Byrd, Mike | Harter, Harold F. |
| 183 | C02-2371 | 02-1750 | Byrd, Mike | Jefferson, Willie |
| 184 | C02-2371 | 02-1750 | Byrd, Mike | Jones, Ernie |
| 185 | C02-2371 | 02-1750 | Byrd, Mike | Jones, James |
| 186 | C02-2371 | 02-1750 | Byrd, Mike | Kane, James |
| 187 | C02-2371 | 02-1750 | Byrd, Mike | Phillips, Kimberly M., individually and on behalf of Alvie Phillips |
| 188 | C02-2371 | 02-1750 | Byrd, Mike | Pierre, Sr., Anthony C. |
| 189 | C02-2371 | 02-1750 | Byrd, Mike | Porter, Melvin |
| 190 | C02-2371 | 02-1750 | Byrd, Mike | Rodriguez, Annise |
| 191 | C02-2371 | 02-1750 | Byrd, Mike | Seal, Christine |
| 192 | C02-2371 | 02-1750 | Byrd, Mike | Sibly, Katherine |
| 193 | C02-2371 | 02-1750 | Byrd, Mike | Vaughan, Joyce |
| 194 | C02-2372 | 02-CV-555-D-M3 | Malveaux, Jr., Rayfield | Allen, Vera Lee |
| 195 | C02-2372 | 02-CV-555-D-M3 | Malveaux, Jr., Rayfield | Ballard, Helen P. |
| 196 | C02-2372 | 02-CV-555-D-M3 | Malveaux, Jr., Rayfield | Batiste, Mary |
| 197 | C02-2372 | 02-CV-555-D-M3 | Malveaux, Jr., Rayfield | Bueche, Percy |
| 198 | C02-2372 | 02-CV-555-D-M3 | Malveaux, Jr., Rayfield | Davis, Delores |
| 199 | C02-2372 | 02-CV-555-D-M3 | Malveaux, Jr., Rayfield | Davis, Ruby |
| 200 | C02-2372 | 02-CV-555-D-M3 | Malveaux, Jr., Rayfield | Delaune, Suzanne |
| 201 | C02-2372 | 02-CV-555-D-M3 | Malveaux, Jr., Rayfield | Edwards, Emma |
| 202 | C02-2372 | 02-CV-555-D-M3 | Malveaux, Jr., Rayfield | Fletcher, Beatrice |
| 203 | C02-2372 | 02-CV-555-D-M3 | Malveaux, Jr., Rayfield | Fountain, Glenda |
| 204 | C02-2372 | 02-CV-555-D-M3 | Malveaux, Jr., Rayfield | Fuller, Shirley |
| 205 | C02-2372 | 02-CV-555-D-M3 | Malveaux, Jr., Rayfield | Gabriel, Michael |
| 206 | C02-2372 | 02-CV-555-D-M3 | Malveaux, Jr., Rayfield | Gill, George W. |

Attachment A                    Chattem Inc. and The Delaco Company's
                                       Motion to Dismiss with Prejudice

|     | A | B | C | D |
|-----|---|---|---|---|
| 2 | C01-2131 | 01-09389 CBM (RNBx) | Hall, Delores | Hall, Delores |
| 207 | C02-2372 | 02-CV-555-D-M3 | Malveaux, Jr., Rayfield | Hamilton, Steve |
| 208 | C02-2372 | 02-CV-555-D-M3 | Malveaux, Jr., Rayfield | Hughes, Jennet R. |
| 209 | C02-2372 | 02-CV-555-D-M3 | Malveaux, Jr., Rayfield | Johnson,, Percy G. |
| 210 | C02-2372 | 02-CV-555-D-M3 | Malveaux, Jr., Rayfield | Malveaux, Jr., Rayfield |
| 211 | C02-2372 | 02-CV-555-D-M3 | Malveaux, Jr., Rayfield | May, April, individually and on behalf of Daniel May |
| 212 | C02-2372 | 02-CV-555-D-M3 | Malveaux, Jr., Rayfield | Miles, Sonjia |
| 213 | C02-2372 | 02-CV-555-D-M3 | Malveaux, Jr., Rayfield | Miley, Fred |
| 214 | C02-2372 | 02-CV-555-D-M3 | Malveaux, Jr., Rayfield | Rhines, Margaret A. |
| 215 | C02-2372 | 02-CV-555-D-M3 | Malveaux, Jr., Rayfield | Schaffer, Josette McElveen |
| 216 | C02-2372 | 02-CV-555-D-M3 | Malveaux, Jr., Rayfield | Smith, Duncan |
| 217 | C02-2372 | 02-CV-555-D-M3 | Malveaux, Jr., Rayfield | Smith, Myron |
| 218 | C02-2372 | 02-CV-555-D-M3 | Malveaux, Jr., Rayfield | Spears, Virginia |
| 219 | C02-2372 | 02-CV-555-D-M3 | Malveaux, Jr., Rayfield | Washington, Ollie |
| 220 | C02-2372 | 02-CV-555-D-M3 | Malveaux, Jr., Rayfield | Williams, Angela L. |
| 221 | C02-2373 | CV02-1196-A | Pier, Margie A. | Burton, Elizabeth |
| 222 | C02-2373 | CV02-1196-A | Pier, Margie A. | Bush, Chyral |
| 223 | C02-2373 | CV02-1196-A | Pier, Margie A. | Bush, Cynthia |
| 224 | C02-2373 | CV02-1196-A | Pier, Margie A. | Christian, Laura |
| 225 | C02-2373 | CV02-1196-A | Pier, Margie A. | Cupstid, Milton |
| 226 | C02-2373 | CV02-1196-A | Pier, Margie A. | Green, Joyce |
| 227 | C02-2373 | CV02-1196-A | Pier, Margie A. | Harbor, Juel |
| 228 | C02-2373 | CV02-1196-A | Pier, Margie A. | Humphrey, Alan |
| 229 | C02-2373 | CV02-1196-A | Pier, Margie A. | Linton, Karen |
| 230 | C02-2373 | CV02-1196-A | Pier, Margie A. | McWright, Jessie |
| 231 | C02-2373 | CV02-1196-A | Pier, Margie A. | Napoleon, Wanda, individually and on behalf of Robert Napoleon |
| 232 | C02-2373 | CV02-1196-A | Pier, Margie A. | Pier, Margie A. |
| 233 | C02-2373 | CV02-1196-A | Pier, Margie A. | Redmon, Henry C. |
| 234 | C02-2373 | CV02-1196-A | Pier, Margie A. | Salvage, Frank |
| 235 | C02-2373 | CV02-1196-A | Pier, Margie A. | Salvage, Joann |
| 236 | C02-2373 | CV02-1196-A | Pier, Margie A. | Sigust, Bettye |
| 237 | C02-2373 | CV02-1196-A | Pier, Margie A. | Stampley, Connie L. |
| 238 | C02-2373 | CV02-1196-A | Pier, Margie A. | Stewart, Lizzie |
| 239 | C02-2373 | CV02-1196-A | Pier, Margie A. | Stewart, Reverend Clarence |
| 240 | C02-2373 | CV02-1196-A | Pier, Margie A. | Thomas, Loretta |
| 241 | C02-2373 | CV02-1196-A | Pier, Margie A. | Williams, Tyrone |
| 242 | C02-2374 | CV02-1194-M | Patterson, Gracie | Benton, Jr., Johnny |
| 243 | C02-2374 | CV02-1194-M | Patterson, Gracie | Coleman, Beulah |
| 244 | C02-2374 | CV02-1194-M | Patterson, Gracie | Earl, Gloria |
| 245 | C02-2374 | CV02-1194-M | Patterson, Gracie | Ederson, Louis |
| 246 | C02-2374 | CV02-1194-M | Patterson, Gracie | Guyton, Bundell |
| 247 | C02-2374 | CV02-1194-M | Patterson, Gracie | Jones, Billy Ray |
| 248 | C02-2374 | CV02-1194-M | Patterson, Gracie | Lee, Joe W. |
| 249 | C02-2374 | CV02-1194-M | Patterson, Gracie | Lewis, Frank Joseph |
| 250 | C02-2374 | CV02-1194-M | Patterson, Gracie | Lewis, Marilyn |
| 251 | C02-2374 | CV02-1194-M | Patterson, Gracie | McNeal, Clarice |
| 252 | C02-2374 | CV02-1194-M | Patterson, Gracie | Montgomery, Charles |
| 253 | C02-2374 | CV02-1194-M | Patterson, Gracie | Patterson, Gracie |
| 254 | C02-2374 | CV02-1194-M | Patterson, Gracie | Rushing, John Henry |
| 255 | C02-2374 | CV02-1194-M | Patterson, Gracie | Russell, Annie |
| 256 | C02-2374 | CV02-1194-M | Patterson, Gracie | Sellers, Robert |
| 257 | C02-2374 | CV02-1194-M | Patterson, Gracie | Vanross, Roy |

Attachment A    Chattem Inc. and The Delaco Company's
Motion to Dismiss with Prejudice

| | A | B | C | D |
|---|---|---|---|---|
| 2 | C01-2131 | 01-09389 CBM (RNBx) | Hall, Delores | Hall, Delores |
| 258 | C02-2374 | CV02-1194-M | Patterson, Gracie | Williams, Jacqueline |
| 259 | C02-2375 | CV02-1195-S | Adams, Barbara | Adams, Barbara |
| 260 | C02-2375 | CV02-1195-S | Adams, Barbara | Adams, Bernice |
| 261 | C02-2375 | CV02-1195-S | Adams, Barbara | Adams, Mark |
| 262 | C02-2375 | CV02-1195-S | Adams, Barbara | Alexander, Joyce |
| 263 | C02-2375 | CV02-1195-S | Adams, Barbara | Allen, Charlie N. |
| 264 | C02-2375 | CV02-1195-S | Adams, Barbara | Allen, Robert E. |
| 265 | C02-2375 | CV02-1195-S | Adams, Barbara | Anders, Victor |
| 266 | C02-2375 | CV02-1195-S | Adams, Barbara | Anders, Vollie |
| 267 | C02-2375 | CV02-1195-S | Adams, Barbara | Anderson, Clifton |
| 268 | C02-2375 | CV02-1195-S | Adams, Barbara | Anderson, Jr., Leon |
| 269 | C02-2375 | CV02-1195-S | Adams, Barbara | Ashley, Daisy |
| 270 | C02-2375 | CV02-1195-S | Adams, Barbara | Banner, LaQkesha |
| 271 | C02-2375 | CV02-1195-S | Adams, Barbara | Barfield, Annie |
| 272 | C02-2375 | CV02-1195-S | Adams, Barbara | Barrett, Ruby |
| 273 | C02-2375 | CV02-1195-S | Adams, Barbara | Bass, Beatrice |
| 274 | C02-2375 | CV02-1195-S | Adams, Barbara | Bates, Melvin |
| 275 | C02-2375 | CV02-1195-S | Adams, Barbara | Baxter, Catherine |
| 276 | C02-2375 | CV02-1195-S | Adams, Barbara | Beavers, Valencia |
| 277 | C02-2375 | CV02-1195-S | Adams, Barbara | Beck, Billy |
| 278 | C02-2375 | CV02-1195-S | Adams, Barbara | Bell, Earnestine |
| 279 | C02-2375 | CV02-1195-S | Adams, Barbara | Bell, Lillie |
| 280 | C02-2375 | CV02-1195-S | Adams, Barbara | Bickham, Barbara |
| 281 | C02-2375 | CV02-1195-S | Adams, Barbara | Blakes, Charlie |
| 282 | C02-2375 | CV02-1195-S | Adams, Barbara | Blalock, Shaunder |
| 283 | C02-2375 | CV02-1195-S | Adams, Barbara | Blow, Jr., Reverend Herbert |
| 284 | C02-2375 | CV02-1195-S | Adams, Barbara | Blue, Cheryl |
| 285 | C02-2375 | CV02-1195-S | Adams, Barbara | Bogan, Charlie |
| 286 | C02-2375 | CV02-1195-S | Adams, Barbara | Bolden, Daisey |
| 287 | C02-2375 | CV02-1195-S | Adams, Barbara | Bond, Laura |
| 288 | C02-2375 | CV02-1195-S | Adams, Barbara | Bonner, Sr., Charlie |
| 289 | C02-2375 | CV02-1195-S | Adams, Barbara | Bordelon, Donna Jane |
| 290 | C02-2375 | CV02-1195-S | Adams, Barbara | Boston, Winter Ruth |
| 291 | C02-2375 | CV02-1195-S | Adams, Barbara | Boucher, Gordon |
| 292 | C02-2375 | CV02-1195-S | Adams, Barbara | Bradford, Clyde |
| 293 | C02-2375 | CV02-1195-S | Adams, Barbara | Bradford, Washington |
| 294 | C02-2375 | CV02-1195-S | Adams, Barbara | Brewer, Charles |
| 295 | C02-2375 | CV02-1195-S | Adams, Barbara | Brewer, Jeneva B. |
| 296 | C02-2375 | CV02-1195-S | Adams, Barbara | Brooks, Johnnie |
| 297 | C02-2375 | CV02-1195-S | Adams, Barbara | Brown, Albert |
| 298 | C02-2375 | CV02-1195-S | Adams, Barbara | Brown, Annie |
| 299 | C02-2375 | CV02-1195-S | Adams, Barbara | Brown, J.B. |
| 300 | C02-2375 | CV02-1195-S | Adams, Barbara | Bryant, Dorothy |
| 301 | C02-2375 | CV02-1195-S | Adams, Barbara | Bryant, James |
| 302 | C02-2375 | CV02-1195-S | Adams, Barbara | Burks, Cleo |
| 303 | C02-2375 | CV02-1195-S | Adams, Barbara | Burks, Maxine |
| 304 | C02-2375 | CV02-1195-S | Adams, Barbara | Cain, Jr., Virgil |
| 305 | C02-2375 | CV02-1195-S | Adams, Barbara | Cain, Mitchell |
| 306 | C02-2375 | CV02-1195-S | Adams, Barbara | Caldwell, Vernon |
| 307 | C02-2375 | CV02-1195-S | Adams, Barbara | Capers, Velma Lee |
| 308 | C02-2375 | CV02-1195-S | Adams, Barbara | Carpenter, Ernest |
| 309 | C02-2375 | CV02-1195-S | Adams, Barbara | Carroll, Flora Jane |
| 310 | C02-2375 | CV02-1195-S | Adams, Barbara | Carroll, Vera Mae |

Attachment A                              Chattem Inc. and The Delaco Company's
                                          Motion to Dismiss with Prejudice

| | A | B | C | D |
|---|---|---|---|---|
| 2 | C01-2131 | 01-09389 CBM (RNBx) | Hall, Delores | Hall, Delores |
| 311 | C02-2375 | CV02-1195-S | Adams, Barbara | Carter, Beverly |
| 312 | C02-2375 | CV02-1195-S | Adams, Barbara | Carter, Nellie |
| 313 | C02-2375 | CV02-1195-S | Adams, Barbara | Carter, Oliver |
| 314 | C02-2375 | CV02-1195-S | Adams, Barbara | Carter, Thomas Lee |
| 315 | C02-2375 | CV02-1195-S | Adams, Barbara | Carter, Willie Mae |
| 316 | C02-2375 | CV02-1195-S | Adams, Barbara | Chambers, Willie |
| 317 | C02-2375 | CV02-1195-S | Adams, Barbara | Charles, Brenda |
| 318 | C02-2375 | CV02-1195-S | Adams, Barbara | Charles, Georgia |
| 319 | C02-2375 | CV02-1195-S | Adams, Barbara | Charles, Olie |
| 320 | C02-2375 | CV02-1195-S | Adams, Barbara | Chatman, Kirlin |
| 321 | C02-2375 | CV02-1195-S | Adams, Barbara | Chatman, Ozzie |
| 322 | C02-2375 | CV02-1195-S | Adams, Barbara | Chelete, Alloween |
| 323 | C02-2375 | CV02-1195-S | Adams, Barbara | Childs, James Lavell |
| 324 | C02-2375 | CV02-1195-S | Adams, Barbara | Chism, Bertha |
| 325 | C02-2375 | CV02-1195-S | Adams, Barbara | Church, Keidra |
| 326 | C02-2375 | CV02-1195-S | Adams, Barbara | Clark, Jr., Joe |
| 327 | C02-2375 | CV02-1195-S | Adams, Barbara | Cockerhem, Calvin |
| 328 | C02-2375 | CV02-1195-S | Adams, Barbara | Coleman, Bobby |
| 329 | C02-2375 | CV02-1195-S | Adams, Barbara | Coleman, Lena |
| 330 | C02-2375 | CV02-1195-S | Adams, Barbara | Collier, Johnnie |
| 331 | C02-2375 | CV02-1195-S | Adams, Barbara | Collins, L.C. |
| 332 | C02-2375 | CV02-1195-S | Adams, Barbara | Collins, Luvenia |
| 333 | C02-2375 | CV02-1195-S | Adams, Barbara | Collins, Mary |
| 334 | C02-2375 | CV02-1195-S | Adams, Barbara | Conner, Albertus |
| 335 | C02-2375 | CV02-1195-S | Adams, Barbara | Conner, Gussie |
| 336 | C02-2375 | CV02-1195-S | Adams, Barbara | Conway, Clarence |
| 337 | C02-2375 | CV02-1195-S | Adams, Barbara | Cook, Callie |
| 338 | C02-2375 | CV02-1195-S | Adams, Barbara | Cornealius, Gladys |
| 339 | C02-2375 | CV02-1195-S | Adams, Barbara | Crawford, Gertie |
| 340 | C02-2375 | CV02-1195-S | Adams, Barbara | Crockett, Charles |
| 341 | C02-2375 | CV02-1195-S | Adams, Barbara | Crump, James |
| 342 | C02-2375 | CV02-1195-S | Adams, Barbara | Cummings, Louise |
| 343 | C02-2375 | CV02-1195-S | Adams, Barbara | Daniels, Annie |
| 344 | C02-2375 | CV02-1195-S | Adams, Barbara | Daugherty, Willie |
| 345 | C02-2375 | CV02-1195-S | Adams, Barbara | Davidson Lee, Henretta D. |
| 346 | C02-2375 | CV02-1195-S | Adams, Barbara | Davis, Alice |
| 347 | C02-2375 | CV02-1195-S | Adams, Barbara | Davis, Clara |
| 348 | C02-2375 | CV02-1195-S | Adams, Barbara | Davis, Ella |
| 349 | C02-2375 | CV02-1195-S | Adams, Barbara | Davis, Gloria |
| 350 | C02-2375 | CV02-1195-S | Adams, Barbara | Davis, Jr., Shellie |
| 351 | C02-2375 | CV02-1195-S | Adams, Barbara | Davis, Mary Ann |
| 352 | C02-2375 | CV02-1195-S | Adams, Barbara | Davis, Sr., Shellie |
| 353 | C02-2375 | CV02-1195-S | Adams, Barbara | Demery, Lessie |
| 354 | C02-2375 | CV02-1195-S | Adams, Barbara | Dennis, Mack |
| 355 | C02-2375 | CV02-1195-S | Adams, Barbara | Dillard, Jr., Saul |
| 356 | C02-2375 | CV02-1195-S | Adams, Barbara | Dilliard, Jr., Al |
| 357 | C02-2375 | CV02-1195-S | Adams, Barbara | Dixon, II, John |
| 358 | C02-2375 | CV02-1195-S | Adams, Barbara | Douglas, John |
| 359 | C02-2375 | CV02-1195-S | Adams, Barbara | Dowdell, Wanda |
| 360 | C02-2375 | CV02-1195-S | Adams, Barbara | Duncan, Rocksy |
| 361 | C02-2375 | CV02-1195-S | Adams, Barbara | Ealy, Lorenzo |
| 362 | C02-2375 | CV02-1195-S | Adams, Barbara | Edwards, Joe Ree |
| 363 | C02-2375 | CV02-1195-S | Adams, Barbara | Edwards, Willie |

Attachment A                          Chattem Inc. and The Delaco Company's
                                      Motion to Dismiss with Prejudice

|     | A         | B                   | C               | D                             |
|-----|-----------|---------------------|-----------------|-------------------------------|
| 2   | C01-2131  | 01-09389 CBM (RNBx) | Hall, Delores   | Hall, Delores                 |
| 364 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Ellis, James                  |
| 365 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Evans, Rosie                  |
| 366 | C02-2375  | CV02-1195-S         | Adams, Barbara  | F, Barbara                    |
| 367 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Farley, Arlene                |
| 368 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Farrow, Willie James          |
| 369 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Ford, Johnny                  |
| 370 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Ford, Willie                  |
| 371 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Foster, Lorna                 |
| 372 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Foster, Ruthie L.             |
| 373 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Franklin, Mary L.             |
| 374 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Frazier, Robert               |
| 375 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Frazier, Wanda                |
| 376 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Frederick, Joe                |
| 377 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Gadson, Jim                   |
| 378 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Gafford, Bernice              |
| 379 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Gafford, Huey P.              |
| 380 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Gamble, James                 |
| 381 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Gamble, Tom                   |
| 382 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Garner, Katie B.              |
| 383 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Garner, Laverne               |
| 384 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Garner, Ruthie                |
| 385 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Garrison, Dollinda            |
| 386 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Gates, Linda                  |
| 387 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Gayles, Robin                 |
| 388 | C02-2375  | CV02-1195-S         | Adams, Barbara  | George, Mamie                 |
| 389 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Gipson, Laura                 |
| 390 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Gladney, Roy Lee              |
| 391 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Gonzaque-Wilson, Glenda Gale  |
| 392 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Graham, Herman                |
| 393 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Green, Kevin                  |
| 394 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Green, Richard                |
| 395 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Greenhouse, Gaston            |
| 396 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Griffin, Q.T.                 |
| 397 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Grim, Larry                   |
| 398 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Hall, Gweenetta               |
| 399 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Hardman, Essie                |
| 400 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Hardman, Grady                |
| 401 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Hardman, Melvina              |
| 402 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Hardman, Richard              |
| 403 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Hardy, Arthur                 |
| 404 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Harper, Lee                   |
| 405 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Harrington, Hattie            |
| 406 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Hawkins, Willie G.            |
| 407 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Haynes, Yolanda               |
| 408 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Head, Patricia                |
| 409 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Henderson, Merline            |
| 410 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Henry, Bessie                 |
| 411 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Hewitt, Levente               |
| 412 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Hickman, Jasper               |
| 413 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Himes, Ivory                  |
| 414 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Hines, David A.               |
| 415 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Holden-Brown, Inez            |
| 416 | C02-2375  | CV02-1195-S         | Adams, Barbara  | Holmes, Birdie                |

Chattem Inc. and The Delaco Company's
Motion to Dismiss with Prejudice

|   | A | B | C | D |
|---|---|---|---|---|
| 2 | C01-2131 | 01-09389 CBM (RNBx) | Hall, Delores | Hall, Delores |
| 417 | C02-2375 | CV02-1195-S | Adams, Barbara | Holmes, Prince |
| 418 | C02-2375 | CV02-1195-S | Adams, Barbara | Hoover, Travis |
| 419 | C02-2375 | CV02-1195-S | Adams, Barbara | Horton, Adria S. |
| 420 | C02-2375 | CV02-1195-S | Adams, Barbara | Howard, Carrie |
| 421 | C02-2375 | CV02-1195-S | Adams, Barbara | Howard, Elizabeth |
| 422 | C02-2375 | CV02-1195-S | Adams, Barbara | Howard, Joseph |
| 423 | C02-2375 | CV02-1195-S | Adams, Barbara | Howard, Sherwood |
| 424 | C02-2375 | CV02-1195-S | Adams, Barbara | Huggins, Charles |
| 425 | C02-2375 | CV02-1195-S | Adams, Barbara | Huggins, Marie |
| 426 | C02-2375 | CV02-1195-S | Adams, Barbara | Hughes, Myrtis |
| 427 | C02-2375 | CV02-1195-S | Adams, Barbara | Hughes, Sr., John |
| 428 | C02-2375 | CV02-1195-S | Adams, Barbara | Hughley, Joe |
| 429 | C02-2375 | CV02-1195-S | Adams, Barbara | Hullaby, Marie |
| 430 | C02-2375 | CV02-1195-S | Adams, Barbara | Hummings, Sean |
| 431 | C02-2375 | CV02-1195-S | Adams, Barbara | Hunt, Huey  J. |
| 432 | C02-2375 | CV02-1195-S | Adams, Barbara | Hunt, Ocie |
| 433 | C02-2375 | CV02-1195-S | Adams, Barbara | Hunter, Dorothy |
| 434 | C02-2375 | CV02-1195-S | Adams, Barbara | Isgitt, Fred |
| 435 | C02-2375 | CV02-1195-S | Adams, Barbara | Jackson, Albert |
| 436 | C02-2375 | CV02-1195-S | Adams, Barbara | Jackson, Audrey |
| 437 | C02-2375 | CV02-1195-S | Adams, Barbara | Jackson, Emmett |
| 438 | C02-2375 | CV02-1195-S | Adams, Barbara | Jackson, III, Floyd |
| 439 | C02-2375 | CV02-1195-S | Adams, Barbara | Jackson, Lester |
| 440 | C02-2375 | CV02-1195-S | Adams, Barbara | Johnson, Johnny |
| 441 | C02-2375 | CV02-1195-S | Adams, Barbara | Johnson, Kevin |
| 442 | C02-2375 | CV02-1195-S | Adams, Barbara | Johnson, Melvine |
| 443 | C02-2375 | CV02-1195-S | Adams, Barbara | Jones, Beulah |
| 444 | C02-2375 | CV02-1195-S | Adams, Barbara | Jones, Carolyn |
| 445 | C02-2375 | CV02-1195-S | Adams, Barbara | Jones, Ida |
| 446 | C02-2375 | CV02-1195-S | Adams, Barbara | Kelly, Phyllis |
| 447 | C02-2375 | CV02-1195-S | Adams, Barbara | Kennedy, Faye Gail |
| 448 | C02-2375 | CV02-1195-S | Adams, Barbara | Killian, Jr., James A. |
| 449 | C02-2375 | CV02-1195-S | Adams, Barbara | King, Harold |
| 450 | C02-2375 | CV02-1195-S | Adams, Barbara | King, June |
| 451 | C02-2375 | CV02-1195-S | Adams, Barbara | Kirksey, Linda |
| 452 | C02-2375 | CV02-1195-S | Adams, Barbara | Lafayette, Kenneth |
| 453 | C02-2375 | CV02-1195-S | Adams, Barbara | Lagala, Barry |
| 454 | C02-2375 | CV02-1195-S | Adams, Barbara | Lane, Helen |
| 455 | C02-2375 | CV02-1195-S | Adams, Barbara | Law, Rosa |
| 456 | C02-2375 | CV02-1195-S | Adams, Barbara | Leary, Betty |
| 457 | C02-2375 | CV02-1195-S | Adams, Barbara | Lee, Barbara |
| 458 | C02-2375 | CV02-1195-S | Adams, Barbara | Lee, Donald |
| 459 | C02-2375 | CV02-1195-S | Adams, Barbara | Lee, Eddie R. |
| 460 | C02-2375 | CV02-1195-S | Adams, Barbara | Lee, Ida |
| 461 | C02-2375 | CV02-1195-S | Adams, Barbara | Lee, Jerry Wayne |
| 462 | C02-2375 | CV02-1195-S | Adams, Barbara | Lee, LaTonya |
| 463 | C02-2375 | CV02-1195-S | Adams, Barbara | Lee, Mae Rean |
| 464 | C02-2375 | CV02-1195-S | Adams, Barbara | Leftridge, Mary |
| 465 | C02-2375 | CV02-1195-S | Adams, Barbara | Lewis, James |
| 466 | C02-2375 | CV02-1195-S | Adams, Barbara | Limel, Frank |
| 467 | C02-2375 | CV02-1195-S | Adams, Barbara | Lister, Charles |
| 468 | C02-2375 | CV02-1195-S | Adams, Barbara | Lubom, Robert |
| 469 | C02-2375 | CV02-1195-S | Adams, Barbara | Luttrell, Sharon |

| | A | B | C | D |
|---|---|---|---|---|
| 2 | C01-2131 | 01-09389 CBM (RNBx) | Hall, Delores | Hall, Delores |
| 470 | C02-2375 | CV02-1195-S | Adams, Barbara | Markham, J.B. |
| 471 | C02-2375 | CV02-1195-S | Adams, Barbara | Marshall, Linna H. |
| 472 | C02-2375 | CV02-1195-S | Adams, Barbara | Martin, Rex A. |
| 473 | C02-2375 | CV02-1195-S | Adams, Barbara | Maxie, Bevelyn |
| 474 | C02-2375 | CV02-1195-S | Adams, Barbara | Maxie, Francy |
| 475 | C02-2375 | CV02-1195-S | Adams, Barbara | Maxine, Kenneth Ray |
| 476 | C02-2375 | CV02-1195-S | Adams, Barbara | Maxine, Ruthie |
| 477 | C02-2375 | CV02-1195-S | Adams, Barbara | Maxwell, Alice |
| 478 | C02-2375 | CV02-1195-S | Adams, Barbara | McCarthy, Debra |
| 479 | C02-2375 | CV02-1195-S | Adams, Barbara | McDonald, Alice |
| 480 | C02-2375 | CV02-1195-S | Adams, Barbara | McFan, Clim |
| 481 | C02-2375 | CV02-1195-S | Adams, Barbara | McGaskey, Alice |
| 482 | C02-2375 | CV02-1195-S | Adams, Barbara | McGaskey, Betty J. |
| 483 | C02-2375 | CV02-1195-S | Adams, Barbara | McGaskey, Reverend Edward |
| 484 | C02-2375 | CV02-1195-S | Adams, Barbara | McGee, Rosie |
| 485 | C02-2375 | CV02-1195-S | Adams, Barbara | McKinney, Wayne |
| 486 | C02-2375 | CV02-1195-S | Adams, Barbara | Medina, Ethel |
| 487 | C02-2375 | CV02-1195-S | Adams, Barbara | Miles, Leroy |
| 488 | C02-2375 | CV02-1195-S | Adams, Barbara | Miller, Doris |
| 489 | C02-2375 | CV02-1195-S | Adams, Barbara | Miller, Frankie |
| 490 | C02-2375 | CV02-1195-S | Adams, Barbara | Mitchell, Birdia |
| 491 | C02-2375 | CV02-1195-S | Adams, Barbara | Mitchell, Humphery |
| 492 | C02-2375 | CV02-1195-S | Adams, Barbara | Mitchell, Larnette |
| 493 | C02-2375 | CV02-1195-S | Adams, Barbara | Mitchell, Lee |
| 494 | C02-2375 | CV02-1195-S | Adams, Barbara | Montgomery, James |
| 495 | C02-2375 | CV02-1195-S | Adams, Barbara | Mosely, Eddie |
| 496 | C02-2375 | CV02-1195-S | Adams, Barbara | Myers, Lenna |
| 497 | C02-2375 | CV02-1195-S | Adams, Barbara | Neal, Lois T. |
| 498 | C02-2375 | CV02-1195-S | Adams, Barbara | Nelson, Henry |
| 499 | C02-2375 | CV02-1195-S | Adams, Barbara | Nelson, Vickie |
| 500 | C02-2375 | CV02-1195-S | Adams, Barbara | Newton, III, Albert |
| 501 | C02-2375 | CV02-1195-S | Adams, Barbara | Nicholson, Johnny |
| 502 | C02-2375 | CV02-1195-S | Adams, Barbara | Norman, John |
| 503 | C02-2375 | CV02-1195-S | Adams, Barbara | Norweathers, Roy |
| 504 | C02-2375 | CV02-1195-S | Adams, Barbara | Nunsant, Dan |
| 505 | C02-2375 | CV02-1195-S | Adams, Barbara | Nunsuch, Mercy |
| 506 | C02-2375 | CV02-1195-S | Adams, Barbara | O'Neal, Dorothy |
| 507 | C02-2375 | CV02-1195-S | Adams, Barbara | Owens, Louree |
| 508 | C02-2375 | CV02-1195-S | Adams, Barbara | Page, Jerome |
| 509 | C02-2375 | CV02-1195-S | Adams, Barbara | Palmer, Diane |
| 510 | C02-2375 | CV02-1195-S | Adams, Barbara | Payne, Minnie B. |
| 511 | C02-2375 | CV02-1195-S | Adams, Barbara | Pennywell, M.J. |
| 512 | C02-2375 | CV02-1195-S | Adams, Barbara | Perrin, Sara |
| 513 | C02-2375 | CV02-1195-S | Adams, Barbara | Perry, Barbara |
| 514 | C02-2375 | CV02-1195-S | Adams, Barbara | Phillips, Tina |
| 515 | C02-2375 | CV02-1195-S | Adams, Barbara | Pinnix, Evelyn |
| 516 | C02-2375 | CV02-1195-S | Adams, Barbara | Pipkins, Carol |
| 517 | C02-2375 | CV02-1195-S | Adams, Barbara | Plater, Earnestine |
| 518 | C02-2375 | CV02-1195-S | Adams, Barbara | Presley, James L. |
| 519 | C02-2375 | CV02-1195-S | Adams, Barbara | Presley, Ruby Jean |
| 520 | C02-2375 | CV02-1195-S | Adams, Barbara | Presley, Ruby L. |
| 521 | C02-2375 | CV02-1195-S | Adams, Barbara | Preston, Johnnie L. |
| 522 | C02-2375 | CV02-1195-S | Adams, Barbara | Preston, Lewis |

|   | A | B | C | D |
|---|---|---|---|---|
| 2 | C01-2131 | 01-09389 CBM (RNBx) | Hall, Delores | Hall, Delores |
| 523 | C02-2375 | CV02-1195-S | Adams, Barbara | Rachal, Lucinda |
| 524 | C02-2375 | CV02-1195-S | Adams, Barbara | Rainge, Lloyd |
| 525 | C02-2375 | CV02-1195-S | Adams, Barbara | Rambo, Arthene G. |
| 526 | C02-2375 | CV02-1195-S | Adams, Barbara | Rambo, Felton |
| 527 | C02-2375 | CV02-1195-S | Adams, Barbara | Rambo, Jr., Thomas |
| 528 | C02-2375 | CV02-1195-S | Adams, Barbara | Randall, Doris |
| 529 | C02-2375 | CV02-1195-S | Adams, Barbara | Ransom, Lloyd |
| 530 | C02-2375 | CV02-1195-S | Adams, Barbara | Raphiel, Ivory |
| 531 | C02-2375 | CV02-1195-S | Adams, Barbara | Raphiel, Jr., Ivory |
| 532 | C02-2375 | CV02-1195-S | Adams, Barbara | Rayson, Ruby |
| 533 | C02-2375 | CV02-1195-S | Adams, Barbara | Reed, Lillie |
| 534 | C02-2375 | CV02-1195-S | Adams, Barbara | Reliford, Willie |
| 535 | C02-2375 | CV02-1195-S | Adams, Barbara | Richards, Korna L. |
| 536 | C02-2375 | CV02-1195-S | Adams, Barbara | Richardson, Letha |
| 537 | C02-2375 | CV02-1195-S | Adams, Barbara | Richardson, Sr., Adolph |
| 538 | C02-2375 | CV02-1195-S | Adams, Barbara | Roberts, Rosie |
| 539 | C02-2375 | CV02-1195-S | Adams, Barbara | Robinson, Earnestine |
| 540 | C02-2375 | CV02-1195-S | Adams, Barbara | Robinson, Hilda Gay |
| 541 | C02-2375 | CV02-1195-S | Adams, Barbara | Robinson, Morris |
| 542 | C02-2375 | CV02-1195-S | Adams, Barbara | Robinson, Reverend Curtis |
| 543 | C02-2375 | CV02-1195-S | Adams, Barbara | Rogers, Lonnie |
| 544 | C02-2375 | CV02-1195-S | Adams, Barbara | Roque, Imogene |
| 545 | C02-2375 | CV02-1195-S | Adams, Barbara | Rose, Synovia |
| 546 | C02-2375 | CV02-1195-S | Adams, Barbara | Roshell, Nora |
| 547 | C02-2375 | CV02-1195-S | Adams, Barbara | Sanders, Paul |
| 548 | C02-2375 | CV02-1195-S | Adams, Barbara | Sanford, Stanley |
| 549 | C02-2375 | CV02-1195-S | Adams, Barbara | Scere, Moses |
| 550 | C02-2375 | CV02-1195-S | Adams, Barbara | Scott, Samuel |
| 551 | C02-2375 | CV02-1195-S | Adams, Barbara | Sharp, Lizzie B. |
| 552 | C02-2375 | CV02-1195-S | Adams, Barbara | Shepard, Wanda |
| 553 | C02-2375 | CV02-1195-S | Adams, Barbara | Sloan, Inez |
| 554 | C02-2375 | CV02-1195-S | Adams, Barbara | Slone, Naomi |
| 555 | C02-2375 | CV02-1195-S | Adams, Barbara | Smalley, Francis |
| 556 | C02-2375 | CV02-1195-S | Adams, Barbara | Smith, Charlie |
| 557 | C02-2375 | CV02-1195-S | Adams, Barbara | Smith, Debra |
| 558 | C02-2375 | CV02-1195-S | Adams, Barbara | Smith, Haston |
| 559 | C02-2375 | CV02-1195-S | Adams, Barbara | Smith, Jr., Lopezia |
| 560 | C02-2375 | CV02-1195-S | Adams, Barbara | Smith, Jr., Robert |
| 561 | C02-2375 | CV02-1195-S | Adams, Barbara | Smith, Larry D. |
| 562 | C02-2375 | CV02-1195-S | Adams, Barbara | Smith, Robert |
| 563 | C02-2375 | CV02-1195-S | Adams, Barbara | Smith, William |
| 564 | C02-2375 | CV02-1195-S | Adams, Barbara | Speed, Shanika |
| 565 | C02-2375 | CV02-1195-S | Adams, Barbara | Spencer, Cornelius |
| 566 | C02-2375 | CV02-1195-S | Adams, Barbara | Stephenson, Rickey |
| 567 | C02-2375 | CV02-1195-S | Adams, Barbara | Sterling, Kezia |
| 568 | C02-2375 | CV02-1195-S | Adams, Barbara | Strogen, Elaine A. |
| 569 | C02-2375 | CV02-1195-S | Adams, Barbara | Stroud, Jr., Emmett |
| 570 | C02-2375 | CV02-1195-S | Adams, Barbara | Taylor, Lugene |
| 571 | C02-2375 | CV02-1195-S | Adams, Barbara | Taylor, Roy Donald |
| 572 | C02-2375 | CV02-1195-S | Adams, Barbara | Terrell, Roy |
| 573 | C02-2375 | CV02-1195-S | Adams, Barbara | Thomas, Isiah |
| 574 | C02-2375 | CV02-1195-S | Adams, Barbara | Thomas, Jr., Dave |
| 575 | C02-2375 | CV02-1195-S | Adams, Barbara | Thomas, Jr., William |

Attachment A                Chattem Inc. and The Delaco Company's
                            Motion to Dismiss with Prejudice

|  | A | B | C | D |
|---|---|---|---|---|
| 2 | C01-2131 | 01-09389 CBM (RNBx) | Hall, Delores | Hall, Delores |
| 576 | C02-2375 | CV02-1195-S | Adams, Barbara | Thomas, Larry |
| 577 | C02-2375 | CV02-1195-S | Adams, Barbara | Thomas, Ossie |
| 578 | C02-2375 | CV02-1195-S | Adams, Barbara | Thompson, Stella |
| 579 | C02-2375 | CV02-1195-S | Adams, Barbara | Tillman, Vivian |
| 580 | C02-2375 | CV02-1195-S | Adams, Barbara | Timmons, L.T. |
| 581 | C02-2375 | CV02-1195-S | Adams, Barbara | Tucker, Vera |
| 582 | C02-2375 | CV02-1195-S | Adams, Barbara | Turks, Jr., Jessie |
| 583 | C02-2375 | CV02-1195-S | Adams, Barbara | Turks, Sr., Sammie |
| 584 | C02-2375 | CV02-1195-S | Adams, Barbara | Turner, Ruby |
| 585 | C02-2375 | CV02-1195-S | Adams, Barbara | Vorrice, James |
| 586 | C02-2375 | CV02-1195-S | Adams, Barbara | Walker, Albert |
| 587 | C02-2375 | CV02-1195-S | Adams, Barbara | Walker, Joseph |
| 588 | C02-2375 | CV02-1195-S | Adams, Barbara | Walters, Thurman L. |
| 589 | C02-2375 | CV02-1195-S | Adams, Barbara | Washington, Ben |
| 590 | C02-2375 | CV02-1195-S | Adams, Barbara | Washington, Charles |
| 591 | C02-2375 | CV02-1195-S | Adams, Barbara | Washington, Geneva |
| 592 | C02-2375 | CV02-1195-S | Adams, Barbara | Washington, Sr., Arthur |
| 593 | C02-2375 | CV02-1195-S | Adams, Barbara | Watson, Essie |
| 594 | C02-2375 | CV02-1195-S | Adams, Barbara | Watson, Jr., Judge Dupree |
| 595 | C02-2375 | CV02-1195-S | Adams, Barbara | Watts, Wardell |
| 596 | C02-2375 | CV02-1195-S | Adams, Barbara | Webber, III, Henry |
| 597 | C02-2375 | CV02-1195-S | Adams, Barbara | Westfall, Paul |
| 598 | C02-2375 | CV02-1195-S | Adams, Barbara | Whitaker, Marvin |
| 599 | C02-2375 | CV02-1195-S | Adams, Barbara | White, Brenda Jean |
| 600 | C02-2375 | CV02-1195-S | Adams, Barbara | White, Harvey D. |
| 601 | C02-2375 | CV02-1195-S | Adams, Barbara | White, Judy Faye |
| 602 | C02-2375 | CV02-1195-S | Adams, Barbara | Wiley, Loretta |
| 603 | C02-2375 | CV02-1195-S | Adams, Barbara | Williams, Dollener Rochel |
| 604 | C02-2375 | CV02-1195-S | Adams, Barbara | Williams, Doris |
| 605 | C02-2375 | CV02-1195-S | Adams, Barbara | Williams, Earnestine |
| 606 | C02-2375 | CV02-1195-S | Adams, Barbara | Williams, Etha |
| 607 | C02-2375 | CV02-1195-S | Adams, Barbara | Williams, Jessie |
| 608 | C02-2375 | CV02-1195-S | Adams, Barbara | Williams, Jospehine |
| 609 | C02-2375 | CV02-1195-S | Adams, Barbara | Williams, Jr., Noah |
| 610 | C02-2375 | CV02-1195-S | Adams, Barbara | Williams, Leon |
| 611 | C02-2375 | CV02-1195-S | Adams, Barbara | Williams, Marcia L. |
| 612 | C02-2375 | CV02-1195-S | Adams, Barbara | Williams, Robert Lee |
| 613 | C02-2375 | CV02-1195-S | Adams, Barbara | Williams, Rosie |
| 614 | C02-2375 | CV02-1195-S | Adams, Barbara | Williams, Tony |
| 615 | C02-2375 | CV02-1195-S | Adams, Barbara | Williams, Willie B. |
| 616 | C02-2375 | CV02-1195-S | Adams, Barbara | Willis, Minnie |
| 617 | C02-2375 | CV02-1195-S | Adams, Barbara | Wilson, Kay Weldon |
| 618 | C02-2375 | CV02-1195-S | Adams, Barbara | Wilson, Mattie B. |
| 619 | C02-2375 | CV02-1195-S | Adams, Barbara | Wilson, Sally |
| 620 | C02-2375 | CV02-1195-S | Adams, Barbara | Winget Wright, Fred |
| 621 | C02-2375 | CV02-1195-S | Adams, Barbara | Winzer, Verdell |
| 622 | C02-2375 | CV02-1195-S | Adams, Barbara | Wright, Lois |
| 623 | C02-2375 | CV02-1195-S | Adams, Barbara | Wright, Yura |
| 624 | C02-2375 | CV02-1195-S | Adams, Barbara | Wyne, Johnnie |
| 625 | C02-2375 | CV02-1195-S | Adams, Barbara | Young, Christine |
| 626 | C02-2375 | CV02-1195-S | Adams, Barbara | Young, Willie B. |
| 627 | C02-2375 | CV02-1195-S | Adams, Barbara | Zeller, Jr., Antone |
| 628 | C02-2376 | CV02-1190 | Stroud, Peggy | Amos, Junius |

Attachment A                          Chattem Inc. and The Delaco Company's
                                      Motion to Dismiss with Prejudice

| | A | B | C | D |
|---|---|---|---|---|
| 2 | C01-2131 | 01-09389 CBM (RNBx) | Hall, Delores | Hall, Delores |
| 629 | C02-2376 | CV02-1190 | Stroud, Peggy | Brown, Sr., McKinley |
| 630 | C02-2376 | CV02-1190 | Stroud, Peggy | Fisher, Marleen, individually and on behalf of Steve Doyle |
| 631 | C02-2376 | CV02-1190 | Stroud, Peggy | Romero, Leona |
| 632 | C02-2376 | CV02-1190 | Stroud, Peggy | Scott, Abbie |
| 633 | C02-2376 | CV02-1190 | Stroud, Peggy | Stroud, Peggy |
| 634 | C02-2541 | 02-311 | Olivas, Antonia | Olivas, Antonia |
| 635 | C02-2619 | 1-02CV0667 | Bertrand, Audrey | Smith, David |
| 636 | C02-2622 | 3-02CV2359-D | Carrisalez, Amanda | Carrisalez, Amanda |
| 637 | C02-2622 | 3-02CV2359-D | Carrisalez, Amanda | Eslin, R.D. |
| 638 | C02-2622 | 3-02CV2359-D | Carrisalez, Amanda | Grantham, Roger |
| 639 | C02-2622 | 3-02CV2359-D | Carrisalez, Amanda | Jones, Patsy Marie |
| 640 | C02-2622 | 3-02CV2359-D | Carrisalez, Amanda | Marquette, Marilyn |
| 641 | C02-2622 | 3-02CV2359-D | Carrisalez, Amanda | Marsden, David Tramell |
| 642 | C02-2622 | 3-02CV2359-D | Carrisalez, Amanda | Medrano, Luz Ann |
| 643 | C02-2622 | 3-02CV2359-D | Carrisalez, Amanda | Ross, Glenda |
| 644 | C02-2622 | 3-02CV2359-D | Carrisalez, Amanda | Stiggers, John |
| 645 | C02-2622 | 3-02CV2359-D | Carrisalez, Amanda | Thornton, Arvin |
| 646 | C02-2623 | G-02-751 | Griffin, Pamela | Perthuis, Kenny |
| 647 | C02-2623 | G-02-751 | Griffin, Pamela | Wilkins, Rosalind Benjamin |
| 648 | C02-2624 | H-02 -3584 | Avalos, Joe | Avalos, Joe |
| 649 | C02-2624 | H-02 -3584 | Avalos, Joe | Baker, Mirrian |
| 650 | C02-2624 | H-02 -3584 | Avalos, Joe | Bedford, Jennifer King |
| 651 | C02-2624 | H-02 -3584 | Avalos, Joe | Black, Jessica |
| 652 | C02-2624 | H-02 -3584 | Avalos, Joe | Byers, Shirley |
| 653 | C02-2624 | H-02 -3584 | Avalos, Joe | Chatman, Lennie |
| 654 | C02-2624 | H-02 -3584 | Avalos, Joe | Hamilton, Norma Miles |
| 655 | C02-2624 | H-02 -3584 | Avalos, Joe | Harris, James |
| 656 | C02-2624 | H-02 -3584 | Avalos, Joe | Mayes, Robert |
| 657 | C02-2624 | H-02 -3584 | Avalos, Joe | Moore, Charles |
| 658 | C02-2624 | H-02 -3584 | Avalos, Joe | Moreno, Verma |
| 659 | C02-2624 | H-02 -3584 | Avalos, Joe | Ogbojo, Jennifer |
| 660 | C02-2624 | H-02 -3584 | Avalos, Joe | Parsa, Ana Maria |
| 661 | C02-2624 | H-02 -3584 | Avalos, Joe | Pellegrin, Beverly |
| 662 | C02-2624 | H-02 -3584 | Avalos, Joe | Rideau, Nena |
| 663 | C02-2624 | H-02 -3584 | Avalos, Joe | Rose, Lewis |
| 664 | C02-2624 | H-02 -3584 | Avalos, Joe | Sherwood, Charles |
| 665 | C02-2624 | H-02 -3584 | Avalos, Joe | Sims, Dara R. |
| 666 | C02-2624 | H-02 -3584 | Avalos, Joe | Smith, Patsy |
| 667 | C02-2624 | H-02 -3584 | Avalos, Joe | Square, Emit Joseph |
| 668 | C02-2624 | H-02 -3584 | Avalos, Joe | Vediz, Melissa Hammond |
| 669 | C02-2626 | H-02-4023 | Brumley, Charles Michael | Brumley, Charles Michael |
| 670 | C02-2626 | H-02-4023 | Brumley, Charles Michael | Cooke, Robin |
| 671 | C02-2626 | H-02-4023 | Brumley, Charles Michael | Dancey, Karen |
| 672 | C02-2626 | H-02-4023 | Brumley, Charles Michael | Murray, Margaret |
| 673 | C02-2626 | H-02-4023 | Brumley, Charles Michael | Rees, Nancy |
| 674 | C03-0598 | 02 CV 1825 | Bullock, Mamie | Bullock, Mamie |
| 675 | C03-0598 | 02 CV 1825 | Bullock, Mamie | Evans, Sylvia |
| 676 | C03-0598 | 02 CV 1825 | Bullock, Mamie | Green, Willard |
| 677 | C03-0598 | 02 CV 1825 | Bullock, Mamie | Griffith, William |
| 678 | C03-0598 | 02 CV 1825 | Bullock, Mamie | Smith, Mary |
| 679 | C03-0598 | 02 CV 1825 | Bullock, Mamie | Thomas, Harold |
| 680 | C03-0599 | 02 CV 1831 | Coleman, Eula | Coleman, Eula |

Attachment A                                Chattem Inc. and The Delaco Company's
                                            Motion to Dismiss with Prejudice

|     | A | B | C | D |
|-----|---|---|---|---|
| 2 | C01-2131 | 01-09389 CBM (RNBx) | Hall, Delores | Hall, Delores |
| 681 | C03-0599 | 02 CV 1831 | Coleman, Eula | Da'Quila, Philip |
| 682 | C03-0599 | 02 CV 1831 | Coleman, Eula | Dixon, Ethel |
| 683 | C03-0599 | 02 CV 1831 | Coleman, Eula | Duncan, Louise, on behalf of Herman Duncan |
| 684 | | 02-CV-912 | Smith, Rosie | Bridges, Ertherlene |
| 685 | | 02-CV-912 | Smith, Rosie | Magee, Marlean |
| 686 | | 02-CV-912 | Smith, Rosie | Mallard, Susan |
| 687 | | 02-CV-912 | Smith, Rosie | Smith, Rosie |